# Corrected Exhibits to *Plaintiff's Local Rule 56.1 Statement of Additional Material Facts*

# EXHIBIT 7

ALTA_000018909
CONFIDENTIAL

ALTA_000189610
CONFIDENTIAL



ALTA_000016961.1
CONFIDENTIAL



ALTA_0000189812
CONFIDENTIAL



ALTA_0000189813
CONFIDENTIAL

ALTA_0000180614
CONFIDENTIAL

ALTA_000018981S
CONFIDENTIAL

ALTA_0000189816
CONFIDENTIAL

ALTA_0000169817
CONFIDENTIAL



ALTA_000018989818
CONFIDENTIAL



ALTA_0000189819
CONFIDENTIAL

ALTA_0000189920
CONFIDENTIAL

ALTA_0000189621
CONFIDENTIAL

ALTA_0000189822
CONFIDENTIAL



ALTA_0000189823
CONFIDENTIAL

ALTA_0000189824
CONFIDENTIAL

ALTA_0000169825
CONFIDENTIAL

ALTA_0000189626
CONFIDENTIAL



ALTA_0000189827
CONFIDENTIAL

ALTA_0000169828
CONFIDENTIAL

ALTA_000189829
CONFIDENTIAL

ALTA_0000189830
CONFIDENTIAL

ALTA_0000189631
CONFIDENTIAL

ALTA_0000169832
CONFIDENTIAL

ALTA_0000189033
CONFIDENTIAL

# EXHIBIT 11

 

# WESTWOOD COLLEGE

**STUDENT BACKGROUND DISCLOSURE FOR**
**STUDENTS ENROLLING IN THE CRIMINAL JUSTICE PROGRAM**

Name: ███████████████  Representative: _____

Start Date: _Aug/05_  Program: Criminal Justice

**STUDENT BACKGROUND DISCLOSURE**

Most of the employers who seek to hire our graduates conduct detailed background checks before hiring applicants. The questions below are a common part of these background checks. THIS INFORMATION WILL NOT BE USED IN MAKING ADMISSIONS DECISIONS, TO RETRACT ADMISSIONS OFFERS OR OTHERWISE AFFECT YOUR ENROLLMENT AND EDUCATION AT WESTWOOD COLLEGE. It is used by the school to advise prospective students about their prospects for employment upon graduation, in light of the background checks conducted by the sorts of employers seeking to hire our graduates. The final decision about whether to enroll is up to you.

We expect honest answers from our applicants and students at all times. Providing inaccurate or incomplete information on this form (or any other Westwood official form) may result in cancellation of your Enrollment Agreement or an automatic waiver of placement assistance during training and/or upon graduation.

1. Have you had any driving violations in the past five years? ☒ Yes  ☐ No (if Yes, please proceed; if No, skip to question 2)
   What kind of violation(s) have you had?
   ☒ Speeding          How Many? _2_          Date of Last Infraction: _____
   ☐ DUI/DWAI          How Many? _____          Date of Last Infraction: _____
   ☐ Suspended License          Date of reinstatement: _____
   Have you paid all outstanding tickets? ☒ Yes  ☐ No
   (Outstanding tickets must be taken care of prior to starting school. Outstanding tickets from any state can cause you to have a pending bench warrant, which can lead to you losing your license. A driver's license may be required to obtain employment.)

2. Have you ever been convicted of a crime? ☐ Yes  ☒ No  (if Yes, please proceed ; if No, skip to question 3)
   If Yes, did your situation occur within the last ten years?  ☐ Yes  ☐ No  (if Yes, please proceed)
   Have you ever served probation?  ☐ Yes  ☒ No  ☐ Currently
   Dates served: _____  ☐ Misdemeanor ☐ Felony  Crime for which convicted and date: _____

   If you are no longer on probation, do you have a letter from your probation officer? ☐ Yes  ☐ No  (if No, please get one)
   Were you ever convicted of a crime that required you to be imprisoned?  ☐ Yes  ☒ No  (if Yes, please proceed)
   Dates served: _____  Reason: _____
   _____
   _____

3. Were you discharged from the military under any condition other than HONORABLE? ☐ Yes  ☐ No (if Yes, please proceed)
   Type of type of discharge and reason: _____
   _____

**You are required to sign the following statement:**

I understand that the Career Development Services Office will make every reasonable effort to assist me in finding employment. I also understand that, depending upon my background information as disclosed above, the School may be limited in its ability to assist me with employment while I am in school and after graduation. I understand that Westwood College is nationally accredited, not regionally accredited, which could have an impact on opportunities with some Chicago area employers, including the City of Chicago.

Print Name: ████████████

Signature: ████████████  Date: _____

Phone Number: ████████████

0955          White: School Copy          Yellow: Student File          Pink: Student Copy          Rev. 11/04

ALTA_0000196668
CONFIDENTIAL



**WESTWOOD COLLEGE**

# STUDENT BACKGROUND DISCLOSURE FOR STUDENTS ENROLLING IN THE CRIMINAL JUSTICE PROGRAM (Chicago Campuses)

Name: _____     Representative: _____

Start Date: _____     Program: <u>Bachelor of Applied Science in Criminal Justice</u>

**STUDENT BACKGROUND DISCLOSURE**

Most of the employers who seek to hire our graduates conduct detailed background checks before hiring applicants. The questions below are a common part of these background checks. THIS INFORMATION WILL NOT BE USED IN MAKING ADMISSIONS DECISIONS, TO RETRACT ADMISSIONS OFFERS OR OTHERWISE AFFECT YOUR ENROLLMENT AND EDUCATION AT WESTWOOD COLLEGE. It is used by the school to advise prospective students about their prospects for employment upon graduation, in light of the background checks conducted by some employers seeking to hire our graduates. The final decision about whether to enroll is up to the prospective student.

We expect honest answers from our applicants and students at all times. Providing inaccurate or incomplete information on this form (or any other Westwood official form) may result in cancellation of a student's Enrollment Agreement or an automatic waiver of placement assistance during training and/or upon graduation.

1. Have you had any driving violations in the past five years?  ☐ Yes   ☐ No (if Yes, please proceed; if No, skip to question 2)
   What kind of violation(s) have you had?
   ☐ Speeding          How Many?_____   Date of Last Infraction: _____
   ☐ DUI/DWAI          How Many?_____   Date of Last Infraction: _____
   ☐ Suspended License    Date of reinstatement:_____
   Have you paid all outstanding tickets?      ☐ Yes    ☐ No
   (Outstanding tickets must be taken care of prior to starting school. Outstanding tickets from any state can cause you to have a pending bench warrant, which can lead to you losing your license. A driver's license may be required to obtain employment.)

2. Have you ever been convicted of a crime? ☐ Yes      ☐ No   (if Yes, please proceed ; if No, skip to question 3)
   If Yes, did your conviction occur within the last ten years? ☐ Yes      ☐ No   (if Yes, please proceed)
   Have you ever served probation/parole?    ☐ Yes    ☐ No    ☐ Currently
   Dates served: _____  ☐ Misdemeanor ☐ Felony   Crime for which convicted and date: _____

   Have you served a term of incarceration?      ☐ Yes    ☐ No   (if Yes, please proceed)
   Dates served: _____   Description of sentence:_____

3. Were you discharged from the military under any condition other than HONORABLE? ☐ Yes    ☐ No

   If "yes", state type of discharge: _____

<div style="border:1px solid">

**You are required to sign the following statements:**

1.) I understand that the Career Development Services Office will make every reasonable effort to assist me in finding employment. I also understand depending upon my background information as disclosed above, the School may be limited in its ability to assist me with employment while I am in school and after graduation. Students who have been convicted of a felony, violent or drug-related crime are strongly discouraged from enrolling in Westwood's Criminal Justice program.

_____ (initials)

2) Westwood College is nationally accredited, not regionally accredited, which could have an impact on opportunities with some Chicago and surrounding area employers, including the City of Chicago.

_____ (initials)

</div>

I have fully read and understand each of the above statements, as indicated by my initials above, and full signature below:

Print Name _____     Date _____

Signature _____     Phone Number _____

1000 (Rev. 04/05)

White – Family Copy          Yellow – Representative Copy          Pink – Student Services Copy

ALTA_0000196669
CONFIDENTIAL



# STUDENT BACKGROUND DISCLOSURE FOR STUDENTS ENROLLING IN THE CRIMINAL JUSTICE PROGRAM

☐ **RIVER OAKS CAMPUS (CHR)** 80 River Oaks Center, Suite D-49, Calumet City, IL 60409 (708) 832-1988

☐ **DUPAGE CAMPUS (CHD)** 7155 Janes Ave., Woodridge, IL 60517 (630) 434-8244

☐ **O'HARE AIRPORT CAMPUS (CHOA)** 8501 W. Higgins Rd., Chicago, IL 60631 (877) 877-8857

☐ **CHICAGO LOOP CAMPUS (CHL)** 17 N. State St., Chicago, IL 60604 (312) 739-0850

Name: _____     Representative: _____

Start Date: _____     Program: <u>Bachelor of Applied Science in Criminal Justice</u>

## STUDENT BACKGROUND DISCLOSURE

Most of the employers who seek to hire our graduates conduct detailed background checks before hiring applicants. The questions below are a common part of these background checks. THIS INFORMATION WILL NOT BE USED IN MAKING ADMISSIONS DECISIONS, TO RETRACT ADMISSIONS OFFERS OR OTHERWISE AFFECT YOUR ENROLLMENT AND EDUCATION AT WESTWOOD COLLEGE. It is used by the school to advise prospective students about their prospects for employment upon graduation, in light of the background checks conducted by some employers seeking to hire our graduates. The final decision about whether to enroll is up to the prospective student.

We expect honest answers from our applicants and students at all times. Providing inaccurate or incomplete information on this form (or any other Westwood official form) may result in cancellation of a student's Enrollment Agreement or an automatic waiver of placement assistance during training and/or upon graduation.

1. Have you had any driving violations in the past five years?  ☐ Yes     ☐ No (if yes, please proceed; if no, skip to question 2)

   What kind of violation(s) have you had?

   ☐ Speeding          How Many? _____     Date of Last Infraction: _____

   ☐ DUI/DWAI         How Many? _____     Date of Last Infraction: _____

   ☐ Suspended License     Date of reinstatement: _____

   Have you paid all outstanding tickets?     ☐ Yes     ☐ No
   (Outstanding tickets must be taken care of prior to starting school. Outstanding tickets from any state can cause you to have a pending bench warrant, which can lead to you losing your license. A driver's license may be required to obtain employment.)

2. Have you ever been convicted of a misdemeanor?     ☐ Yes     ☐ No   (if yes, please proceed; if no, skip to question 3)

   **Examples of misdemeanors include but are not limited to:** petty theft, shoplifting, vandalism, first or second DUI/DWI offense, possession of marijuana, domestic violence, simple assault, possession of drug paraphernalia, use of a fake ID, battery, involuntary manslaughter, and false reports to law enforcement.

   Did your conviction occur within the last ten years?     ☐ Yes     ☐ No     (if yes, please proceed)

   Have you ever served probation/parole?     ☐ Yes     ☐ No     ☐ Currently

   Crime for which convicted:_____     Dates served:_____

   Have you served a term of incarceration?     ☐ Yes     ☐ No   (if yes, please proceed)

   Crime for which convicted:_____     Dates served:_____

3. Do you have a pending misdemeanor?     ☐ Yes     ☐ No

   If "yes", what is the charge: _____

4. Have you ever been convicted of a felony?     ☐ Yes     ☐ No   (if yes, please proceed; if no, skip to question 3)

   **Examples of felonies include but are not limited to:** gun possession, aggravated assault, sexual assault, theft, drug possession, drug trafficking, burglary, robbery, murder, and rape.

   Did your conviction occur within the last ten years?     ☐ Yes     ☐ No     (if yes, please proceed)

   Have you ever served probation/parole?     ☐ Yes     ☐ No     ☐ Currently

   Crime for which convicted:_____     Dates served:_____

   Have you served a term of incarceration?     ☐ Yes     ☐ No   (if yes, please proceed)

   Crime for which convicted:_____     Dates served:_____

5. Do you have a pending felony?     ☐ Yes     ☐ No

   If "yes", what is the charge: _____

ALTA_0000196670
CONFIDENTIAL

6.  Were you discharged from the military?  ☐ Yes  ☐ No  ☐ N/A

    Was the discharge honorable or dishonorable? (Please circle one).  If the discharge was dishonorable, please explain the charge:

    _____

---

**You are required to initial and sign the following statements:**

1.  I understand that most employers who sponsor Westwood externships and/or hire Westwood graduates conduct background checks and random drug and/or blood tests, and that a criminal conviction and/or the inability to pass a drug screen may significantly impact my ability to procure an externship, which may be required for graduation, and/or employment.
    _____ (Initials)

2.  Students who have been convicted of a felony, violent or drug-related crime, or who use illegal drugs are strongly discouraged from enrolling in Westwood's **Bachelor of Applied Science in Criminal Justice** program.
    _____ (Initials)

3.  I also understand that most employers who conduct background checks will automatically disqualify applicants who lie or omit information regarding a misdemeanor or felony on their application.
    _____ (Initials)

4.  Westwood College is nationally accredited, not regionally accredited, which could have an impact on opportunities with some Chicago and surrounding area employers, including the City of Chicago.
    _____ (Initials)

---

I have fully read and understand each of the above statements, as indicated by my initials above, and full signature below:

**Applicant**

_____     _____
Applicant – Print Name                                               Date

_____     _____
Applicant – Signature                                               Phone Number

**Admissions Staff**

_____     _____
Admissions Representative – Print Name          Date          Admissions Representative – Signature

_____     _____
Admissions Director – Print Name          Date          Admissions Director – Signature

**Career Development Staff**

_____     _____
Career Development Director – Print Name          Date          Career Development Director – Signature

ALTA_0000196671
CONFIDENTIAL

# WESTWOOD COLLEGE

**DISCLOSURE FOR STUDENTS ENROLLING IN THE CRIMINAL JUSTICE PROGRAM**

- **ATLANTA MIDTOWN CAMPUS (ATM)** 1100 Spring Street, Atlanta, GA 30309 (404) 745-9862
- **ATLANTA NORTHLAKE CAMPUS (ATL)** 2220 Parklake Drive, NE, Atlanta, GA 30345 (404) 962-2998
- **RIVER OAKS CAMPUS (CHR)** 80 River Oaks Center, Suite D-49, Calumet City, IL 60409 (708) 832-1988
- **DUPAGE CAMPUS (CHD)** 7155 Janes Ave., Woodridge, IL 60517 (630) 434-8244
- **O'HARE AIRPORT CAMPUS (CHOA)** 8501 W. Higgins Rd., Chicago, IL 60631 (877) 877-8857
- **CHICAGO LOOP CAMPUS (CHL)** 17 N. State St., Chicago, IL 60604 (312) 739-0850
- **WILSHIRE CAMPUS (LAW)** 3250 Wilshire Blvd., Suite 400, Los Angeles, CA 90010 (213) 739-9999

- **ANAHEIM CAMPUS (LAA)** 1551 S. Douglass Rd. Anaheim, CA 92806 (877) 650-6050
- **INLAND EMPIRE CAMPUS (LAI)** 20 West 7P^th St., Upland, CA 91786 (909) 931-7550
- **SOUTH BAY CAMPUS (LAL)** 19700 S. Vermont Ave., Torrance, CA 90502 (310) 965-0888
- **DENVER NORTH CAMPUS (DNN)** 7350 N. Broadway, Denver, CO 80221 (303) 426-9797
- **DENVER SOUTH CAMPUS (DNS)** 3150 S. Sheridan Blvd., Denver, CO 80227 (303) 934-2790
- **ARLINGTON BALLSTON CAMPUS (VAB)** 4300 Wilson Blvd., Arlington, VA 22203 (703) 243-3900
- **ANNANDALE SATELLITE CAMPUS (VAA)** 7619 Little River Turnpike, Annandale, VA 22003 (703) 642-3770

Name: _____

Start Date: _____

Program: <u>Criminal Justice</u> _____

Credential:

☐ **Bachelor of Science**

☐ **Bachelor of Applied Science (IL Students Only)**

**STUDENT BACKGROUND DISCLOSURE**

Most of the employers who seek to hire our graduates conduct detailed background checks before hiring applicants. The questions below are a common part of these background checks. It is used by the school to advise prospective students about their prospects for employment upon graduation, in light of the background checks conducted by some employers seeking to hire our graduates. The final decision about whether to enroll is up to the prospective student.

We expect honest answers from our applicants and students at all times. Providing inaccurate or incomplete information on this form (or any other Westwood official form) may result in cancellation of a student's Enrollment Agreement or an automatic waiver of placement assistance during training and/or upon graduation.

1. Have you had any driving violations in the past five years? ☐ Yes ☐ No (if yes, please proceed; if no, skip to question 2)

   What kind of violation(s) have you had?

   ☐ Speeding    How Many? _____    Date of Last Infraction: _____

   ☐ DUI/DWAI    How Many? _____    Date of Last Infraction: _____

   ☐ Suspended License    Date of reinstatement: _____

   Have you paid all outstanding tickets? ☐ Yes ☐ No
   (Outstanding tickets must be taken care of prior to starting school. Outstanding tickets from any state can cause you to have a pending bench warrant, which can lead to you losing your license. A driver's license may be required to obtain employment.)

2. Have you ever been convicted of a misdemeanor? ☐ Yes ☐ No (if yes, please proceed; if no, skip to question 3)

   **Examples of misdemeanors include but are not limited to:** petty theft, shoplifting, vandalism, first or second DUI/DWI offense, possession of marijuana, domestic violence, simple assault, possession of drug paraphernalia, use of a fake ID, battery, involuntary manslaughter, and false reports to law enforcement.

   Did your conviction occur within the last ten years? ☐ Yes ☐ No (if yes, please proceed)

   Have you ever served probation/parole? ☐ Yes ☐ No ☐ Currently

   Crime for which convicted: _____    Dates served: _____

   Have you served a term of incarceration? ☐ Yes ☐ No (if yes, please proceed)

   Crime for which convicted: _____    Dates served: _____

3. Do you have a pending misdemeanor? ☐ Yes ☐ No

   If "yes", what is the charge: _____

ALTA_0000196672
CONFIDENTIAL

 **WESTWOOD COLLEGE**

**DISCLOSURE FOR
STUDENTS ENROLLING IN THE
CRIMINAL JUSTICE PROGRAM**

4. Have you ever been convicted of a felony? ☐ Yes ☐ No (if yes, please proceed; if no, skip to question 5)

**Examples of felonies include but are not limited to:** gun possession, aggravated assault, sexual assault, theft, drug possession, drug trafficking, burglary, robbery, murder, and rape.

Did your conviction occur within the last ten years? ☐ Yes ☐ No (if yes, please proceed)

Have you ever served probation/parole for a felony? ☐ Yes ☐ No ☐ Currently

Crime for which convicted:_____ Dates served: _____

Have you served a term of incarceration for a felony? ☐ Yes ☐ No (if yes, please proceed)

Crime for which convicted:_____ Dates served: _____

5. Do you have a pending felony? ☐ Yes ☐ No

If "yes", what is the charge: _____

6. Were you discharged from the military? ☐ Yes ☐ No ☐ N/A

Was your discharge characterized as "Honorable"? : ☐ Yes ☐ No (if no, please state the characterization of your discharge and explain why you received it:

_____

---

**You are required to initial and sign the following statements:**

1. I understand that most employers who sponsor Westwood externships and/or hire Westwood graduates conduct background checks and random drug and/or blood tests, and that a criminal conviction and/or the inability to pass a drug screen may significantly impact my ability to procure an externship, which may be required for graduation, and/or employment.
   _____ (Initials)

2. Students who have been convicted of a felony, violent or drug-related crime, or who use illegal drugs are strongly discouraged from enrolling in Westwood's <u>Criminal Justice</u> program.
   _____ (Initials)

3. I also understand that most employers who conduct background checks will automatically disqualify applicants who lie or omit information regarding a misdemeanor or felony on their application.
   _____ (Initials)

4. **ILLINOIS RESIDENTS ONLY:** Westwood College is nationally accredited, not regionally accredited, which could have an impact on employment opportunities with some Chicago and surrounding area employers, including the City of Chicago.
   _____ (Initials)

---

I have fully read and understand each of the above statements, as indicated by my initials above, and full signature below:

<u>**Applicant**</u>

_____            _____
Applicant – Print Name                               Date

_____            _____
Applicant – Signature                                Phone Number

<u>**Admissions Staff**</u>

_____            _____
Admissions Representative – Print Name    Date          Admissions Representative – Signature

_____            _____
Admissions Director – Print Name          Date          Admissions Director – Signature

<u>**Career Development Staff**</u>

_____
Career Development Director – Print Name   Date          Career Development Director – Signature

Page 2 of 2    White-Student Copy    Yellow-Copy for Academic File    Pink-Career Development Services Copy    4032  REV 10/07

ALTA_0000196673
CONFIDENTIAL

# WESTWOOD COLLEGE

## DISCLOSURE FOR STUDENTS ENROLLING IN THE CRIMINAL JUSTICE PROGRAM

☐ **ATLANTA MIDTOWN CAMPUS (ATM)** 1100 Spring Street, Atlanta, GA 30309 (404) 745-9882

☐ **ATLANTA NORTHLAKE CAMPUS (ATL)** 2220 Parklake Drive, NE, Atlanta, GA 30345 (404) 962-2998

☐ **RIVER OAKS CAMPUS (CHR)** 80 River Oaks Center, Suite D-49, Calumet City, IL 60409 (708) 832-1988

☐ **DUPAGE CAMPUS (CHD)** 7155 Janes Ave., Woodridge, IL 60517 (630) 434-8244

☐ **O'HARE AIRPORT CAMPUS (CHOA)** 8501 W. Higgins Rd., Chicago, IL 60631 (877) 877-8857

☐ **CHICAGO LOOP CAMPUS (CHL)** 17 N. State St., Chicago, IL 60604 (312) 739-0850

☐ **WILSHIRE CAMPUS (LAW)** 3250 Wilshire Blvd., Suite 400, Los Angeles, CA 90010 (213) 739-9999

☐ **ANAHEIM CAMPUS (LAA)** 1551 S. Douglass Rd. Anaheim, CA 92806 (877) 650-6050

☐ **INLAND EMPIRE CAMPUS (LAI)** 20 West 7P$^{pp}$ St., Upland, CA 91786 (909) 931-7550

☐ **SOUTH BAY CAMPUS (LAL)** 19700 S. Vermont Ave., Torrance, CA 90502 (310) 965-0888

☐ **DENVER NORTH CAMPUS (DNN)** 7350 N. Broadway, Denver, CO 80221 (303) 426-9797

☐ **DENVER SOUTH CAMPUS (DNS)** 3150 S. Sheridan Blvd., Denver, CO 80227 (303) 934-2790

☐ **ARLINGTON BALLSTON CAMPUS (VAB)** 4300 Wilson Blvd., Arlington, VA 22203 (703) 243-3900

☐ **ANNANDALE SATELLITE CAMPUS (VAA)** 7619 Little River Turnpike, Annandale, VA 22003 (703) 642-3770

Name: _____

Start Date: _____

Program: **Criminal Justice** _____

Credential:

☐ **Bachelor of Science**

☐ **Bachelor of Applied Science (IL Students Only)**

## STUDENT BACKGROUND DISCLOSURE

Most of the employers who seek to hire our graduates conduct detailed background checks before hiring applicants. The questions below are a common part of these background checks. It is used by the school to advise prospective students about their prospects for employment upon graduation, in light of the background checks conducted by some employers seeking to hire our graduates. The final decision about whether to enroll is up to the prospective student.

We expect honest answers from our applicants and students at all times. Providing inaccurate or incomplete information on this form (or any other Westwood official form) may result in cancellation of a student's Enrollment Agreement or an automatic waiver of placement assistance during training and/or upon graduation.

1. Have you had any driving violations in the past five years?  ☐ Yes     ☐ No (if yes, please proceed; if no, skip to question 2)

   What kind of violation(s) have you had?

   ☐ Speeding          How Many? _____     Date of Last Infraction: _____

   ☐ DUI/DWAI          How Many? _____     Date of Last Infraction: _____

   ☐ Suspended License     Date of reinstatement: _____

   Have you paid all outstanding tickets?     ☐ Yes     ☐ No
   (Outstanding tickets must be taken care of prior to starting school. Outstanding tickets from any state can cause you to have a pending bench warrant, which can lead to you losing your license. A driver's license may be required to obtain employment.)

2. Have you ever been convicted of a misdemeanor?     ☐ Yes     ☐ No     (if yes, please proceed; if no, skip to question 3)

   **Examples of misdemeanors include but are not limited to:** petty theft, shoplifting, vandalism, first or second DUI/DWI offense, possession of marijuana, domestic violence, simple assault, possession of drug paraphernalia, use of a fake ID, battery, involuntary manslaughter, and false reports to law enforcement.

   Did your conviction occur within the last ten years?     ☐ Yes     ☐ No          (if yes, please proceed)

   Have you ever served probation/parole?     ☐ Yes     ☐ No     ☐ Currently

   Crime for which convicted:_____     Dates served: _____

   Have you served a term of incarceration?     ☐ Yes     ☐ No  (if yes, please proceed)

   Crime for which convicted:_____     Dates served: _____

3. Do you have a pending misdemeanor?     ☐ Yes     ☐ No

   If "yes", what is the charge: _____

ALTA_0000196674
CONFIDENTIAL



**DISCLOSURE FOR
STUDENTS ENROLLING IN THE
CRIMINAL JUSTICE PROGRAM**

4. Have you ever been convicted of a felony?  ☐ Yes  ☐ No  (if yes, please proceed; if no, skip to question 5)

**Examples of felonies include but are not limited to:** gun possession, aggravated assault, sexual assault, theft, drug possession, drug trafficking, burglary, robbery, murder, and rape.

Did your conviction occur within the last ten years?  ☐ Yes  ☐ No  (if yes, please proceed)

Have you ever served probation/parole for a felony?  ☐ Yes  ☐ No  ☐ Currently

Crime for which convicted:_____  Dates served: _____

Have you served a term of incarceration for a felony?  ☐ Yes  ☐ No  (if yes, please proceed)

Crime for which convicted:_____  Dates served: _____

5. Do you have a pending felony?  ☐ Yes  ☐ No

If "yes", what is the charge: _____

6. Were you discharged from the military?  ☐ Yes  ☐ No  ☐ N/A

Was your discharge characterized as "Honorable"? :  ☐ Yes  ☐ No  (if no, please state the characterization of your discharge and explain why you received it

_____

---

**You are required to initial and sign the following statements:**

1. I understand that most employers who sponsor Westwood externships and/or hire Westwood graduates conduct background checks and random drug and/or blood tests, and that a criminal conviction and/or the inability to pass a drug screen may significantly impact my ability to procure an externship, which may be required for graduation, and/or employment.
   _____ (Initials)

2. Students who have been convicted of a felony, violent or drug-related crime, or who use illegal drugs are strongly discouraged from enrolling in Westwood's Criminal Justice program.
   _____ (Initials)

3. I also understand that most employers who conduct background checks will automatically disqualify applicants who lie or omit information regarding a misdemeanor or felony on their application.
   _____ (Initials)

4. **ILLINOIS RESIDENTS ONLY:** Westwood College is nationally accredited, not regionally accredited, which could have an impact on employment opportunities with some Chicago and surrounding area employers, including the City of Chicago.
   _____ (Initials)

---

**I have fully read and understand each of the above statements, as indicated by my initials above, and full signature below:**

**Applicant**

_____  _____
Applicant – Print Name     Date

_____  _____
Applicant – Signature      Phone Number

**Admissions Staff**

_____  _____
Admissions Representative – Print Name    Date    Admissions Representative – Signature

_____  _____
Admissions Director – Print Name    Date    Admissions Director – Signature

**Career Development Staff**

_____  _____
Career Development Director – Print Name    Date    Career Development Director – Signature

Page 2 of 2    White-Student Copy    Yellow-Copy for Academic File    Pink-Career Development Services Copy    5032 REV 01/08

ALTA_0000196675
CONFIDENTIAL

# WESTWOOD COLLEGE

## DISCLOSURE FOR STUDENTS ENROLLING IN THE CRIMINAL JUSTICE PROGRAM

☐ **ATLANTA MIDTOWN CAMPUS (ATM)** 1100 Spring Street, Atlanta, GA 30309 (404) 745-9862

☐ **ATLANTA NORTHLAKE CAMPUS (ATL)** 2220 Parklake Drive, NE, Atlanta, GA 30345 (404) 962-2998

☐ **RIVER OAKS CAMPUS (CHR)** 80 River Oaks Center, Suite D-49, Calumet City, IL 60409 (708) 832-1988

☐ **DUPAGE CAMPUS (CHD)** 7155 Janes Ave., Woodridge, IL 60517 (630) 434-8244

☐ **O'HARE AIRPORT CAMPUS (CHOA)** 8501 W. Higgins Rd., Chicago, IL 60631 (877) 877-8857

☐ **CHICAGO LOOP CAMPUS (CHL)** 17 N. State St., Chicago, IL 60804 (312) 739-0850

☐ **WILSHIRE CAMPUS (LAW)** 3250 Wilshire Blvd., Suite 400, Los Angeles, CA 90010 (213) 739-9999

☐ **ANAHEIM CAMPUS (LAA)** 1551 S. Douglass Rd. Anaheim, CA 92806 (877) 650-6050

☐ **INLAND EMPIRE CAMPUS (LAI)** 20 West 7P$^{th}$P St., Upland, CA 91788 (909) 931-7550

☐ **SOUTH BAY CAMPUS (LAL)** 19700 S. Vermont Ave., Torrance, CA 90502 (310) 965-0888

☐ **DENVER NORTH CAMPUS (DNN)** 7350 N. Broadway, Denver, CO 80221 (303) 426-9797

☐ **DENVER SOUTH CAMPUS (DNS)** 3150 S. Sheridan Blvd., Denver, CO 80227 (303) 934-2790

☐ **ARLINGTON BALLSTON CAMPUS (VAB)** 4300 Wilson Blvd., Arlington, VA 22203 (703) 243-3900

☐ **ANNANDALE SATELLITE CAMPUS (VAA)** 7619 Little River Turnpike, Annandale, VA 22003 (703) 642-3770

**Name:** _____

**Start Date:** _____

**Program:** Criminal Justice _____

**Credential:**

☐ **Bachelor of Science**

☐ **Bachelor of Applied Science (IL Students Only)**

## STUDENT BACKGROUND DISCLOSURE

Most of the employers who seek to hire our graduates conduct detailed background checks before hiring applicants. The questions below are a common part of these background checks. It is used by the school to advise prospective students about their prospects for employment upon graduation, in light of the background checks conducted by some employers seeking to hire our graduates. The final decision about whether to enroll is up to the prospective student.

We expect honest answers from our applicants and students at all times. Providing inaccurate or incomplete information on this form (or any other Westwood official form) may result in cancellation of a student's Enrollment Agreement or an automatic waiver of placement assistance during training and/or upon graduation.

1. Have you had any driving violations in the past five years? ☐ Yes ☐ No (if yes, please proceed; if no, skip to question 2)

   What kind of violation(s) have you had?

   ☐ Speeding How Many?_____ Date of Last Infraction:_____

   ☐ DUI/DWAI How Many?_____ Date of Last Infraction:_____

   ☐ Suspended License Date of reinstatement: _____

   Have you paid all outstanding tickets? ☐ Yes ☐ No
   (Outstanding tickets must be taken care of prior to starting school. Outstanding tickets from any state can cause you to have a pending bench warrant, which can lead to you losing your license. A driver's license may be required to obtain employment.)

2. Have you ever been convicted of a misdemeanor? ☐ Yes ☐ No (if yes, please proceed; if no, skip to question 3)

   **Examples of misdemeanors include but are not limited to:** petty theft, shoplifting, vandalism, first or second DUI/DWI offense, possession of marijuana, domestic violence, simple assault, possession of drug paraphernalia, use of a fake ID, battery, involuntary manslaughter, and false reports to law enforcement.

   Did your conviction occur within the last ten years? ☐ Yes ☐ No (if yes, please proceed)

   Have you ever served probation/parole? ☐ Yes ☐ No ☐ Currently

   Crime for which convicted:_____ Dates served: _____

   Have you served a term of incarceration? ☐ Yes ☐ No (if yes, please proceed)

   Crime for which convicted:_____ Dates served: _____

3. Do you have a pending misdemeanor? ☐ Yes ☐ No

   If "yes", what is the charge: _____

ALTA_0000196676
CONFIDENTIAL



# WESTWOOD COLLEGE

**DISCLOSURE FOR
STUDENTS ENROLLING IN THE
CRIMINAL JUSTICE PROGRAM**

4. Have you ever been convicted of a felony? ☐ Yes ☐ No (if yes, please proceed; if no, skip to question 5)

**Examples of felonies include but are not limited to:** gun possession, aggravated assault, sexual assault, theft, drug possession, drug trafficking, burglary, robbery, murder, and rape.

Did your conviction occur within the last ten years? ☐ Yes ☐ No (if yes, please proceed)

Have you ever served probation/parole for a felony? ☐ Yes ☐ No ☐ Currently

Crime for which convicted:_____ Dates served: _____

Have you served a term of incarceration for a felony? ☐ Yes ☐ No (if yes, please proceed)

Crime for which convicted:_____ Dates served: _____

5. Do you have a pending felony? ☐ Yes ☐ No

If "yes", what is the charge: _____

6. Were you dishonorably discharged from the military? ☐ Yes ☐ No ☐ N/A

If yes, please state the characterization of your discharge and explain why you received it:

_____

_____

---

**You are required to initial and sign the following statements:**

1. I understand that most employers who sponsor Westwood externships and/or hire Westwood graduates conduct background checks and random drug and/or blood tests, and that a criminal conviction and/or the inability to pass a drug screen may significantly impact my ability to procure an externship, which may be required for graduation, and/or employment.
   _____ (Initials)

2. Students who have been convicted of a felony, violent or drug-related crime, or who use illegal drugs are strongly discouraged from enrolling in Westwood's Criminal Justice program.
   _____ (Initials)

3. I also understand that most employers who conduct background checks will automatically disqualify applicants who lie or omit information regarding a misdemeanor or felony on their application.
   _____ (Initials)

4. **ILLINOIS RESIDENTS ONLY:** Westwood College is nationally accredited, not regionally accredited, which could have an impact on employment opportunities with some Chicago and surrounding area employers, including the City of Chicago.
   _____ (Initials)

---

I have fully read and understand each of the above statements, as indicated by my initials above, and full signature below:

**Applicant**

_____     _____
Applicant – Print Name                                    Date

_____     _____
Applicant – Signature                                        Phone Number

**Admissions Staff**

_____     _____
Admissions Representative – Print Name        Date        Admissions Representative – Signature

_____     _____
Admissions Director – Print Name        Date        Admissions Director – Signature

**Career Development Staff**

_____     _____
Career Development Director – Print Name        Date        Career Development Director – Signature

---

Page 2 of 2          White-Student Copy          Yellow-Copy for Academic File          Pink-Career Development Services Copy          5045  REV 02/08

ALTA_0000196677
CONFIDENTIAL

# WESTWOOD COLLEGE

## DISCLOSURE FOR STUDENTS ENROLLING IN THE CRIMINAL JUSTICE PROGRAM

☐ **ATLANTA MIDTOWN CAMPUS (ATM)** 1100 Spring Street, Atlanta, GA 30309 (404) 745-9862

☐ **ATLANTA NORTHLAKE CAMPUS (ATL)** 2220 Parklake Drive, NE, Atlanta, GA 30345 (404) 962-2998

☐ **RIVER OAKS CAMPUS (CHR)** 80 River Oaks Center, Suite D-49, Calumet City, IL 60409 (708) 832-1988

☐ **DUPAGE CAMPUS (CHD)** 7155 Janes Ave., Woodridge, IL 60517 (630) 434-8244

☐ **O'HARE AIRPORT CAMPUS (CHOA)** 8501 W. Higgins Rd., Chicago, IL 60631 (877) 877-8857

☐ **CHICAGO LOOP CAMPUS (CHL)** 17 N. State St., Chicago, IL 60604 (312) 739-0850

☐ **WILSHIRE CAMPUS (LAW)** 3250 Wilshire Blvd., Suite 400, Los Angeles, CA 90010 (213) 739-9999

☐ **ANAHEIM CAMPUS (LAA)** 1551 S. Douglass Rd. Anaheim, CA 92806 (877) 650-6050

☐ **INLAND EMPIRE CAMPUS (LAI)** 20 West 7th St., Upland, CA 91786 (909) 931-7550

☐ **SOUTH BAY CAMPUS (LAL)** 19700 S. Vermont Ave., Torrance, CA 90502 (310) 965-0888

☐ **DENVER NORTH CAMPUS (DNN)** 7350 N. Broadway, Denver, CO 80221 (303) 426-9797

☐ **DENVER SOUTH CAMPUS (DNS)** 3150 S. Sheridan Blvd., Denver, CO 80227 (303) 934-2790

☐ **ARLINGTON BALLSTON CAMPUS (VAB)** 4300 Wilson Blvd., Arlington, VA 22203 (703) 243-3900

☐ **ANNANDALE SATELLITE CAMPUS (VAA)** 7619 Little River Turnpike, Annandale, VA 22003 (703) 642-3770

---

Name: _____

Start Date: _____

Program: <u>Criminal Justice</u> _____

Credential:

☐ **Bachelor of Science**

☐ **Bachelor of Applied Science (IL Students Only)**

---

**STUDENT BACKGROUND DISCLOSURE**

Most of the employers who seek to hire our graduates conduct detailed background checks before hiring applicants. The questions below are a common part of these background checks. It is used by the school to advise prospective students about their prospects for employment upon graduation, in light of the background checks conducted by some employers seeking to hire our graduates. The final decision about whether to enroll is up to the prospective student.

We expect honest answers from our applicants and students at all times. Providing inaccurate or incomplete information on this form (or any other Westwood official form) may result in cancellation of a student's Enrollment Agreement or an automatic waiver of placement assistance during training and/or upon graduation.

---

1. Have you had any driving violations in the past five years? ☐ Yes ☐ No (if yes, please proceed; if no, skip to question 2)

   What kind of violation(s) have you had?

   ☐ Speeding     How Many? _____     Date of Last Infraction: _____

   ☐ DUI/DWAI     How Many? _____     Date of Last Infraction: _____

   ☐ Suspended License     Date of reinstatement: _____

   Have you paid all outstanding tickets? ☐ Yes ☐ No
   (Outstanding tickets must be taken care of prior to starting school. Outstanding tickets from any state can cause you to have a pending bench warrant, which can lead to you losing your license. A driver's license may be required to obtain employment.)

2. Have you ever been convicted of a misdemeanor? ☐ Yes ☐ No (if yes, please proceed; if no, skip to question 3)

   **Examples of misdemeanors include but are not limited to:** petty theft, shoplifting, vandalism, first or second DUI/DWI offense, possession of marijuana, domestic violence, simple assault, possession of drug paraphernalia, use of a fake ID, battery, involuntary manslaughter, and false reports to law enforcement.

   Did your conviction occur within the last ten years? ☐ Yes ☐ No (if yes, please proceed)

   Have you ever served probation/parole? ☐ Yes ☐ No ☐ Currently

   Crime for which convicted: _____ Dates served: _____

   Have you served a term of incarceration? ☐ Yes ☐ No (if yes, please proceed)

   Crime for which convicted: _____ Dates served: _____

3. Do you have a pending misdemeanor? ☐ Yes ☐ No

   If "yes", what is the charge: _____

ALTA_0000196678
CONFIDENTIAL



**WESTWOOD COLLEGE**

**DISCLOSURE FOR STUDENTS ENROLLING IN THE CRIMINAL JUSTICE PROGRAM**

4. Have you ever been convicted of a felony? ☐ Yes ☐ No (if yes, please proceed; if no, skip to question 5)

**Examples of felonies include but are not limited to:** gun possession, aggravated assault, sexual assault, theft, drug possession, drug trafficking, burglary, robbery, murder, and rape.

Did your conviction occur within the last ten years? ☐ Yes ☐ No (if yes, please proceed)

Have you ever served probation/parole for a felony? ☐ Yes ☐ No ☐ Currently

Crime for which convicted:_____ Dates served: _____

Have you served a term of incarceration for a felony? ☐ Yes ☐ No (if yes, please proceed)

Crime for which convicted:_____ Dates served: _____

5. Do you have a pending felony? ☐ Yes ☐ No

If "yes", what is the charge: _____

6. Were you dishonorably discharged from the military? ☐ Yes ☐ No ☐ N/A

If yes, please state the characterization of your discharge and explain why you received it:
_____
_____

---

**You are required to initial and sign the following statements:**

1. I understand that most employers who sponsor Westwood externships and/or hire Westwood graduates conduct background checks and random drug and/or blood tests, and that a criminal conviction and/or the inability to pass a drug screen may significantly impact my ability to procure an externship, which may be required for graduation, and/or employment.
   _____ (Initials)

2. Students who have been convicted of a felony, violent or drug-related crime, or who use illegal drugs are strongly discouraged from enrolling in Westwood's Criminal Justice program.
   _____ (Initials)

3. I also understand that most employers who conduct background checks will automatically disqualify applicants who lie or omit information regarding a misdemeanor or felony on their application.
   _____ (Initials)

4. **ILLINOIS RESIDENTS ONLY:** Westwood College is nationally accredited, not regionally accredited, which could have an impact on employment opportunities with some Chicago and surrounding area employers, including the City of Chicago.
   _____ (Initials)

5. I understand that many employers (including federal and state agencies) have age requirements for employment. Age requirements vary by employer but often you must be over 21 and under 35 at the time of application. Not falling within these age ranges may limit or exclude employment opportunities.
   _____ (Initials)

---

**I have fully read and understand each of the above statements, as indicated by my initials above, and full signature below:**

**Applicant**

_____     _____
Applicant – Print Name                                                   Date

_____     _____
Applicant – Signature                                                     Phone Number

**Admissions Staff**

_____     _____
Admissions Representative – Print Name        Date        Admissions Representative – Signature

_____     _____
Admissions Director – Print Name              Date        Admissions Director – Signature

**Career Development Staff**

_____     _____
Career Development Director – Print Name       Date        Career Development Director – Signature

ALTA_0000196679
CONFIDENTIAL

# WESTWOOD COLLEGE

## DISCLOSURE FOR STUDENTS ENROLLING IN THE CRIMINAL JUSTICE PROGRAM

- ☐ **ATLANTA MIDTOWN CAMPUS (ATM)** 1100 Spring Street, Atlanta, GA 30309 (404) 745-9862
- ☐ **ATLANTA NORTHLAKE CAMPUS (ATL)** 2220 Parklake Drive, NE, Atlanta, GA 30345 (404) 962-2998
- ☐ **RIVER OAKS CAMPUS (CHR)** 80 River Oaks Center, Suite D-49, Calumet City, IL 60409 (708) 832-1988
- ☐ **DUPAGE CAMPUS (CHD)** 7155 Janes Ave., Woodridge, IL 60517 (630) 434-8244
- ☐ **O'HARE AIRPORT CAMPUS (CHOA)** 8501 W. Higgins Rd., Chicago, IL 60631 (877) 877-8857
- ☐ **CHICAGO LOOP CAMPUS (CHL)** 17 N. State St., Chicago, IL 60604 (312) 739-0850
- ☐ **WILSHIRE CAMPUS (LAW)** 3250 Wilshire Blvd., Suite 400, Los Angeles, CA 90010 (213) 739-9999

- ☐ **ANAHEIM CAMPUS (LAA)** 1551 S. Douglass Rd. Anaheim, CA 92806 (877) 650-6050
- ☐ **INLAND EMPIRE CAMPUS (LAI)** 20 West 7th St., Upland, CA 91786 (909) 931-7550
- ☐ **SOUTH BAY CAMPUS (LAL)** 19700 S. Vermont Ave., Torrance, CA 90502 (310) 965-0888
- ☐ **DENVER NORTH CAMPUS (DNN)** 7350 N. Broadway, Denver, CO 80221 (303) 426-9797
- ☐ **DENVER SOUTH CAMPUS (DNS)** 3150 S. Sheridan Blvd., Denver, CO 80227 (303) 934-2790
- ☐ **ARLINGTON BALLSTON CAMPUS (VAB)** 4300 Wilson Blvd., Arlington, VA 22203 (703) 243-3900
- ☐ **ANNANDALE SATELLITE CAMPUS (VAA)** 7619 Little River Turnpike, Annandale, VA 22003 (703) 642-3770

**Name:** _____

**Start Date:** _____

**Program:** <u>Criminal Justice</u> _____

**Credential:**

☐ **Bachelor of Science**

☐ **Bachelor of Applied Science (IL Students Only)**

### STUDENT BACKGROUND DISCLOSURE

Most of the employers who seek to hire our graduates conduct detailed background checks before hiring applicants. The questions below are a common part of these background checks. It is used by the school to advise prospective students about their prospects for employment upon graduation, in light of the background checks conducted by some employers seeking to hire our graduates. The final decision about whether to enroll is up to the prospective student.

We expect honest answers from our applicants and students at all times. Providing inaccurate or incomplete information on this form (or any other Westwood official form) may result in cancellation of a student's Enrollment Agreement or an automatic waiver of placement assistance during training and/or upon graduation.

1. Have you had any driving violations in the past five years?  ☐ Yes  ☐ No (if yes, please proceed; if no, skip to question 2)

   What kind of violation(s) have you had?

   ☐ Speeding  How Many? _____  Date of Last Infraction: _____

   ☐ DUI/DWAI  How Many? _____  Date of Last Infraction: _____

   ☐ Suspended License  Date of reinstatement: _____

   Have you paid all outstanding tickets?  ☐ Yes  ☐ No
   (Outstanding tickets must be taken care of prior to starting school. Outstanding tickets from any state can cause you to have a pending bench warrant, which can lead to you losing your license. A driver's license may be required to obtain employment.)

2. Have you ever been convicted of a misdemeanor?  ☐ Yes  ☐ No  (if yes, please proceed; if no, skip to question 3)

   **Examples of misdemeanors include but are not limited to:** petty theft, shoplifting, vandalism, first or second DUI/DWI offense, possession of marijuana, domestic violence, simple assault, possession of drug paraphernalia, use of a fake ID, battery, involuntary manslaughter, and false reports to law enforcement.

   Did your conviction occur within the last ten years?  ☐ Yes  ☐ No  (if yes, please proceed)

   Have you ever served probation/parole?  ☐ Yes  ☐ No  ☐ Currently

   Crime for which convicted:_____  Dates served: _____

   Have you served a term of incarceration?  ☐ Yes  ☐ No  (if yes, please proceed)

   Crime for which convicted:_____  Dates served: _____

3. Do you have a pending misdemeanor?  ☐ Yes  ☐ No

   If "yes", what is the charge: _____

ALTA_0000196680
CONFIDENTIAL


## WESTWOOD COLLEGE

**DISCLOSURE FOR STUDENTS ENROLLING IN THE CRIMINAL JUSTICE PROGRAM**

4. Have you ever been convicted of a felony?  ☐ Yes  ☐ No  (if yes, please proceed; if no, skip to question 5)

**Examples of felonies include but are not limited to:** gun possession, aggravated assault, sexual assault, theft, drug possession, drug trafficking, burglary, robbery, murder, and rape.

Did your conviction occur within the last ten years?  ☐ Yes  ☐ No  (if yes, please proceed)

Have you ever served probation/parole for a felony?  ☐ Yes  ☐ No  ☐ Currently

Crime for which convicted:_____  Dates served: _____

Have you served a term of incarceration for a felony?  ☐ Yes  ☐ No  (if yes, please proceed)

Crime for which convicted:_____  Dates served: _____

5. Do you have a pending felony?  ☐ Yes  ☐ No

If "yes", what is the charge: _____

6. Were you dishonorably discharged from the military?  ☐ Yes  ☐ No  ☐ N/A

If yes, please state the characterization of your discharge and explain why you received it:

_____

---

**You are required to initial and sign the following statements:**

1. I understand that most employers who sponsor Westwood externships and/or hire Westwood graduates conduct background checks and random drug and/or blood tests, and that a criminal conviction and/or the inability to pass a drug screen may significantly impact my ability to procure an externship, which may be required for graduation, and/or employment.

    _____ (Initials)

2. Students who have been convicted of a felony, violent or drug-related crime, or who use illegal drugs are strongly discouraged from enrolling in Westwood's <u>Criminal Justice</u> program.

    _____ (Initials)

3. I also understand that most employers who conduct background checks will automatically disqualify applicants who lie or omit information regarding a misdemeanor or felony on their application.

    _____ (Initials)

4. **ILLINOIS RESIDENTS ONLY:** Westwood College is nationally accredited, not regionally accredited, which could have an impact on employment opportunities with some Chicago and surrounding area employers, including the City of Chicago.

    _____ (Initials)

5. I understand that many employers (including federal and state agencies) have age requirements for employment. Age requirements vary by employer but often you must be over 21 and under 35 at the time of application. Not falling within these age ranges may limit or exclude employment opportunities.

    _____ (Initials)

---

**I have fully read and understand each of the above statements, as indicated by my initials above, and full signature below:**

**Applicant**

_____     _____
Applicant – Print Name                         Date

_____     _____
Applicant – Signature                          Phone Number

**Admissions Staff**

_____     _____
Admissions Representative – Print Name    Date    Admissions Representative – Signature

_____     _____
Admissions Director – Print Name          Date    Admissions Director – Signature

**Career Development Staff**

_____     _____
Career Development Director – Print Name   Date    Career Development Director – Signature

Page 2 of 2      White-Student Copy      Yellow-Copy for Academic File      Pink-Career Development Services Copy      6023  REV 10/08

ALTA_0000196681
CONFIDENTIAL

# WESTWOOD COLLEGE

## DISCLOSURE FOR STUDENTS ENROLLING IN THE CRIMINAL JUSTICE PROGRAM

☐ **ATLANTA MIDTOWN CAMPUS (ATM)** 1100 Spring Street, Atlanta, GA 30309 (404) 745-9882

☐ **ATLANTA NORTHLAKE CAMPUS (ATL)** 2220 Parklake Drive, NE. Atlanta, GA 30345 (404) 962-2998

☐ **RIVER OAKS CAMPUS (CHR)** 80 River Oaks Center, Suite D-49, Calumet City, IL 60409 (708) 832-1988

☐ **DUPAGE CAMPUS (CHD)** 7155 Janes Ave., Woodridge, IL 60517 (630) 434-8244

☐ **O'HARE AIRPORT CAMPUS (CHOA)** 8501 W. Higgins Rd., Chicago, IL 60631 (877) 877-8857

☐ **CHICAGO LOOP CAMPUS (CHL)** 17 N. State St., Chicago, IL 60604 (312) 739-0850

☐ **WILSHIRE CAMPUS (LAW)** 3250 Wilshire Blvd., Suite 400, Los Angeles, CA 90010 (213) 739-9999

☐ **ANAHEIM CAMPUS (LAA)** 1551 S. Douglass Rd. Anaheim, CA 92806 (877) 650-8050

☐ **INLAND EMPIRE CAMPUS (LAI)** 20 West 7th St., Upland, CA 91786 (909) 931-7550

☐ **SOUTH BAY CAMPUS (LAL)** 19700 S. Vermont Ave., Torrance, CA 90502 (310) 965-0888

☐ **DENVER NORTH CAMPUS (DNN)** 7350 N. Broadway, Denver, CO 80221 (303) 426-9797

☐ **DENVER SOUTH CAMPUS (DNS)** 3150 S. Sheridan Blvd., Denver, CO 80227 (303) 934-2790

☐ **ARLINGTON BALLSTON CAMPUS (VAB)** 4300 Wilson Blvd., Arlington, VA 22203 (703) 243-3900

☐ **ANNANDALE SATELLITE CAMPUS (VAA)** 7619 Little River Turnpike, Annandale, VA 22003 (703) 642-3770

**Name:** _____

**Start Date:** _____

**Program:** Criminal Justice _____

**Credential:**

☐ **Bachelor of Science**

☐ **Bachelor of Applied Science (IL Students Only)**

## STUDENT BACKGROUND DISCLOSURE

Most of the employers who seek to hire our graduates conduct detailed background checks before hiring applicants. The questions here are a common part of these background checks. It is used by the school to advise prospective students about their prospects for employment upon graduation, in light of the background checks conducted by some employers seeking to hire our graduates. The final decision about whether to enroll is up to the prospective student.

We expect honest answers from our applicants and students at all times. Providing inaccurate or incomplete information on this form (or any other Westwood official form) may result in cancellation of a student's Enrollment Agreement or an automatic waiver of employment assistance during training and/or upon graduation.

1. Have you had any driving violations in the past five years?  ☐ Yes  ☐ No (if yes, please proceed; if no, skip to question 2)
   What kind of violation(s) have you had?
   ☐ Speeding  How Many? _____  Date of Last Infraction: _____
   ☐ DUI/DWAI  How Many? _____  Date of Last Infraction: _____
   ☐ Suspended License  Date of reinstatement: _____
   Have you paid all outstanding tickets?  ☐ Yes  ☐ No
   (Outstanding tickets must be taken care of prior to starting school. Outstanding tickets from any state can cause you to have a pending bench warrant, which can lead to you losing your license. A driver's license may be required to obtain employment.)

2. Have you ever been convicted of a misdemeanor?  ☐ Yes  ☐ No  (if yes, please proceed; if no, skip to question 3)

   **Examples of misdemeanors include but are not limited to:** petty theft, shoplifting, vandalism, first or second DUI/DWI offense, possession of marijuana, domestic violence, simple assault, possession of drug paraphernalia, use of a fake ID, battery, involuntary manslaughter, and false reports to law enforcement.

   Did your conviction occur within the last ten years?  ☐ Yes  ☐ No  (if yes, please proceed)
   Have you ever served probation/parole?  ☐ Yes  ☐ No  ☐ Currently
   Crime for which convicted:_____  Dates served: _____
   Have you served a term of incarceration?  ☐ Yes  ☐ No  (if yes, please proceed)
   Crime for which convicted:_____  Dates served: _____

3. Do you have a pending misdemeanor?  ☐ Yes  ☐ No

   If "yes", what is the charge: _____

ALTA_0000196682
CONFIDENTIAL

 **WESTWOOD COLLEGE**

**DISCLOSURE FOR
STUDENTS ENROLLING IN THE
CRIMINAL JUSTICE PROGRAM**

4. Have you ever been convicted of a felony? ☐ Yes ☐ No (if yes, please proceed; if no, skip to question 5)

**Examples of felonies include but are not limited to:** gun possession, aggravated assault, sexual assault, theft, drug possession, drug trafficking, burglary, robbery, murder, and rape.

Did your conviction occur within the last ten years? ☐ Yes ☐ No (if yes, please proceed)

Have you ever served probation/parole for a felony? ☐ Yes ☐ No ☐ Currently

Crime for which convicted:_____ Dates served: _____

Have you served a term of incarceration for a felony? ☐ Yes ☐ No (if yes, please proceed)

Crime for which convicted:_____ Dates served: _____

5. Do you have a pending felony? ☐ Yes ☐ No

If "yes", what is the charge: _____

6. Were you dishonorably discharged from the military? ☐ Yes ☐ No ☐ N/A

If yes, please state the characterization of your discharge and explain why you received it:

_____

---

**You are required to initial and sign the following statements:**

1. I understand that most employers who sponsor Westwood externships and/or hire Westwood graduates conduct background checks and random drug and/or blood tests, and that a criminal conviction and/or the inability to pass a drug screen may significantly impact my ability to procure an externship, which may be required for graduation, and/or employment.
   _____ (Initials)

2. Students who have been convicted of a felony, violent or drug-related crime, or who use illegal drugs are strongly discouraged from enrolling in Westwood's <u>Criminal Justice</u> program.
   _____ (Initials)

3. I also understand that most employers who conduct background checks will automatically disqualify applicants who lie or omit information regarding a misdemeanor or felony on their application.
   _____ (Initials)

4. **ILLINOIS RESIDENTS ONLY:** Westwood College is nationally accredited, not regionally accredited, which could have an impact on employment opportunities with some Chicago and surrounding area employers, including the City of Chicago.
   _____ (Initials)

5. I understand that many employers (including federal and state agencies) have age requirements for employment. Age requirements vary by employer but often you must be over 21 and under 35 at the time of application. Not falling within these age ranges may limit or exclude employment opportunities.
   _____ (Initials)

---

I have fully read and understand each of the above statements, as indicated by my initials above, and full signature below:

**Applicant**

_____      _____
Applicant – Print Name      Date

_____      _____
Applicant – Signature      Phone Number

**Admissions Staff**

_____      _____
Admissions Representative – Print Name    Date     Admissions Representative – Signature

_____      _____
Admissions Director – Print Name    Date     Admissions Director – Signature

**Career Development Staff**

_____      _____
Career Development Director – Print Name    Date     Career Development Director – Signature

Page 2 of 2    White-Student Copy    Yellow-Copy for Academic File    Pink-Career Development Services Copy    8068 REV 01/09

ALTA_0000196683
CONFIDENTIAL

# WESTWOOD COLLEGE

**DISCLOSURE FOR STUDENTS ENROLLING IN THE CRIMINAL JUSTICE PROGRAM**

- ☐ **ATLANTA MIDTOWN CAMPUS (ATM)** 1100 Spring Street, Atlanta, GA 30309 (404) 745-9862
- ☐ **ATLANTA NORTHLAKE CAMPUS (ATL)** 2220 Parklake Drive, NE, Atlanta, GA 30345 (404) 962-2998
- ☐ **RIVER OAKS CAMPUS (CHR)** 80 River Oaks Center, Suite D-49, Calumet City, IL 60409 (708) 832-1988
- ☐ **DUPAGE CAMPUS (CHD)** 7155 Janes Ave., Woodridge, IL 60517 (630) 434-8244
- ☐ **O'HARE AIRPORT CAMPUS (CHOA)** 8501 W. Higgins Rd., Chicago, IL 60631 (877) 877-8857
- ☐ **CHICAGO LOOP CAMPUS (CHL)** 17 N. State St., Chicago, IL 60604 (312) 739-0850
- ☐ **WILSHIRE CAMPUS (LAW)** 3250 Wilshire Blvd., Suite 400, Los Angeles, CA 90010 (213) 739-9999
- ☐ **ANAHEIM CAMPUS (LAA)** 1551 S. Douglass Rd. Anaheim, CA 92806 (877) 650-6050
- ☐ **INLAND EMPIRE CAMPUS (LAI)** 20 West 7th St., Upland, CA 91786 (909) 931-7550
- ☐ **SOUTH BAY CAMPUS (LAL)** 19700 S. Vermont Ave., Torrance, CA 90502 (310) 965-0888
- ☐ **DENVER NORTH CAMPUS (DNN)** 7350 N. Broadway, Denver, CO 80221 (303) 426-9797
- ☐ **DENVER SOUTH CAMPUS (DNS)** 3150 S. Sheridan Blvd., Denver, CO 80227 (303) 934-2790
- ☐ **ARLINGTON BALLSTON CAMPUS (VAB)** 4300 Wilson Blvd., Arlington, VA 22203 (703) 243-3900
- ☐ **ANNANDALE SATELLITE CAMPUS (VAA)** 7619 Little River Turnpike, Annandale, VA 22003 (703) 642-3770
- ☐ **WESTWOOD COLLEGE ONLINE (WCO)** 10249 Church Ranch Way, Broomfield, CO 80021 (720) 887-8888

**Name:** _____

**Start Date:** _____

**Program:** <u>Criminal Justice</u> _____

**Credential:**

☐ **Bachelor of Science**

☐ **Bachelor of Applied Science (IL Students Only)**

## STUDENT BACKGROUND DISCLOSURE

Most of the employers who seek to hire our graduates conduct detailed background checks before hiring applicants. The questions below are a common part of these background checks. It is used by the school to advise prospective students about their prospects for employment upon graduation, in light of the background checks conducted by some employers seeking to hire our graduates. The final decision about whether to enroll is up to the prospective student.

We expect honest answers from our applicants and students at all times. Providing inaccurate or incomplete information on this form (or any other Westwood official form) may result in cancellation of a student's Enrollment Agreement or an automatic waiver of employment assistance during training and/or upon graduation.

1. Have you had any driving violations in the past five years? ☐ Yes ☐ No (if yes, please proceed; if no, skip to question 2)

   What kind of violation(s) have you had?

   ☐ Speeding    How Many? _____    Date of Last Infraction:_____

   ☐ DUI/DWAI    How Many? _____    Date of Last Infraction:_____

   ☐ Suspended License    Date of reinstatement: _____

   Have you paid all outstanding tickets? ☐ Yes ☐ No
   (Outstanding tickets must be taken care of prior to starting school. Outstanding tickets from any state can cause you to have a pending bench warrant, which can lead to you losing your license. A driver's license may be required to obtain employment.)

2. Have you ever been convicted of a misdemeanor? ☐ Yes ☐ No (if yes, please proceed; if no, skip to question 3)

   **Examples of misdemeanors** include but are **not limited to:** petty theft, shoplifting, vandalism, first or second DUI/DWI offense, possession of marijuana, domestic violence, simple assault, possession of drug paraphernalia, use of a fake ID, battery, involuntary manslaughter, and false reports to law enforcement.

   Did your conviction occur within the last ten years? ☐ Yes ☐ No (if yes, please proceed)

   Have you ever served probation/parole? ☐ Yes ☐ No ☐ Currently

   Crime for which convicted:_____ Dates served: _____

   Have you served a term of incarceration? ☐ Yes ☐ No (if yes, please proceed)

   Crime for which convicted:_____ Dates served: _____

3. Do you have a pending misdemeanor? ☐ Yes ☐ No

   If "yes", what is the charge: _____

ALTA_0000196684
CONFIDENTIAL



**WESTWOOD COLLEGE**

**DISCLOSURE FOR STUDENTS ENROLLING IN THE CRIMINAL JUSTICE PROGRAM**

4. Have you ever been convicted of a felony?   ☐ Yes   ☐ No   (if yes, please proceed; if no, skip to question 5)

**Examples of felonies include but are not limited to:** gun possession, aggravated assault, sexual assault, theft, drug possession, drug trafficking, burglary, robbery, murder, and rape.

Did your conviction occur within the last ten years?   ☐ Yes   ☐ No   (if yes, please proceed)

Have you ever served probation/parole for a felony?   ☐ Yes   ☐ No   ☐ Currently

Crime for which convicted: _____   Dates served: _____

Have you served a term of incarceration for a felony?   ☐ Yes   ☐ No   (if yes, please proceed)

Crime for which convicted: _____   Dates served: _____

5. Do you have a pending felony?   ☐ Yes   ☐ No

If "yes", what is the charge: _____

6. Were you dishonorably discharged from the military?   ☐ Yes   ☐ No   ☐ N/A

If yes, please state the characterization of your discharge and explain why you received it:

_____
_____

**You are required to initial and sign the following statements:**

1. I understand that most employers who sponsor Westwood externships and/or hire Westwood graduates conduct background checks and random drug and/or blood tests, and that a criminal conviction and/or the inability to pass a drug screen may significantly impact my ability to procure an externship, which may be required for graduation, and/or employment.

   _____ (Initials)

2. Students who have been convicted of a felony, violent or drug-related crime, or who use illegal drugs are strongly discouraged from enrolling in Westwood's Criminal Justice program.

   _____ (Initials)

3. I also understand that most employers who conduct background checks will automatically disqualify applicants who lie or omit information regarding a misdemeanor or felony on their application.

   _____ (Initials)

4. **ILLINOIS RESIDENTS ONLY:** Westwood College is nationally accredited, not regionally accredited, which could have an impact on employment opportunities with some Chicago and surrounding area employers, including the City of Chicago.

   _____ (Initials)

5. I understand that many employers (including federal and state agencies) have age requirements for employment. Age requirements vary by employer but often you must be over 21 and under 35 at the time of application. Not falling within these age ranges may limit or exclude employment opportunities.

   _____ (Initials)

**I have fully read and understand each of the above statements, as indicated by my initials above, and full signature below:**

**Applicant**

_____   _____
Applicant – Print Name                                    Date

_____   _____
Applicant – Signature                                      Phone Number

**Admissions Staff**

_____   _____
Admissions Representative – Print Name          Date          Admissions Representative – Signature

_____   _____
Admissions Director – Print Name                   Date          Admissions Director – Signature

**Career Development Staff**

_____   _____
Career Development Director – Print Name        Date          Career Development Director – Signature

Page 2 of 2          White-Student Copy          Yellow-Copy for Academic File          Pink-Career Development Services Copy          6158   REV 08/09

ALTA_0000196685
CONFIDENTIAL

# WESTWOOD COLLEGE®

**A PLACE WHERE YOU CAN SUCCEED®**

## DISCLOSURE FOR STUDENTS ENROLLING IN THE CRIMINAL JUSTICE PROGRAM

- ☐ **ATLANTA MIDTOWN CAMPUS (ATM)** 1100 Spring Street, Atlanta, GA 30309 (404) 745-9862
- ☐ **ATLANTA NORTHLAKE CAMPUS (ATL)** 2220 Parklake Drive, NE, Atlanta, GA 30345 (404) 962-2998
- ☐ **RIVER OAKS CAMPUS (CHR)** 80 River Oaks Center, Suite D-49, Calumet City, IL 60409 (708) 832-1988
- ☐ **DUPAGE CAMPUS (CHD)** 7155 Janes Ave., Woodridge, IL 60517 (630) 434-8244
- ☐ **O'HARE AIRPORT CAMPUS (CHOA)** 8501 W. Higgins Rd., Chicago, IL 60631 (877) 877-8857
- ☐ **CHICAGO LOOP CAMPUS (CHL)** 17 N. State St., Chicago, IL 60604 (312) 739-0850
- ☐ **WILSHIRE CAMPUS (LAW)** 3250 Wilshire Blvd., Suite 400, Los Angeles, CA 90010 (213) 739-9999
- ☐ **ANAHEIM CAMPUS (LAA)** 1551 S. Douglass Rd. Anaheim, CA 92806 (877) 650-6050

- ☐ **INLAND EMPIRE CAMPUS (LAI)** 20 West 7th St., Upland, CA 91786 (909) 931-7550
- ☐ **SOUTH BAY CAMPUS (LAL)** 19700 S. Vermont Ave., Torrance, CA 90502 (310) 965-0888
- ☐ **DENVER NORTH CAMPUS (DNN)** 7350 N. Broadway, Denver, CO 80221 (303) 426-9797
- ☐ **DENVER SOUTH CAMPUS (DNS)** 3150 S. Sheridan Blvd., Denver, CO 80227 (303) 934-2790
- ☐ **ARLINGTON BALLSTON CAMPUS (VAB)** 4300 Wilson Blvd., Arlington, VA 22203 (703) 243-3900
- ☐ **ANNANDALE SATELLITE CAMPUS (VAA)** 7619 Little River Turnpike, Annandale, VA 22003 (703) 642-3770
- ☐ **WESTWOOD COLLEGE ONLINE (WCO)** 10249 Church Ranch Way, Broomfield, CO 80021 (720) 887-8888

**Name:** _____

**Start Date:** _____

**Program:** <u>Criminal Justice</u>_____

**Credential:**
☐ **Bachelor of Science**
☐ **Bachelor of Applied Science (IL Students Only)**
☐ **Associate of Science (LAW Students Only)**

## STUDENT BACKGROUND DISCLOSURE

Most of the employers who seek to hire our graduates conduct detailed background checks before hiring applicants. The questions below are a common part of these background checks. It is used by the school to advise prospective students about their prospects for employment upon graduation, in light of the background checks conducted by some employers seeking to hire our graduates. The final decision about whether to enroll is up to the prospective student.

We expect honest answers from our applicants and students at all times. Providing inaccurate or incomplete information on this form (or any other Westwood official form) may result in cancellation of a student's Enrollment Agreement or an automatic waiver of employment assistance during training and/or upon graduation.

1. Have you had any driving violations in the past five years? ☐ Yes ☐ No (if yes, please proceed; if no, skip to question 2)

   What kind of violation(s) have you had?

   ☐ Speeding    How Many? _____    Date of Last Infraction: _____

   ☐ DUI/DWAI    How Many? _____    Date of Last Infraction: _____

   ☐ Suspended License    Date of reinstatement: _____

   Have you paid all outstanding tickets? ☐ Yes ☐ No
   (Outstanding tickets must be taken care of prior to starting school. Outstanding tickets from any state can cause you to have a pending bench warrant, which can lead to you losing your license. A driver's license may be required to obtain employment.)

2. Have you ever been convicted of a misdemeanor? ☐ Yes ☐ No (if yes, please proceed; if no, skip to question 3)

   **Examples of misdemeanors include but are not limited to:** petty theft, shoplifting, vandalism, first or second DUI/DWI offense, possession of marijuana, domestic violence, simple assault, possession of drug paraphernalia, use of a fake ID, battery, involuntary manslaughter, and false reports to law enforcement.

   Did your conviction occur within the last ten years? ☐ Yes ☐ No (if yes, please proceed)

   Have you ever served probation/parole? ☐ Yes ☐ No ☐ Currently

   Crime for which convicted:_____    Dates served: _____

   Have you served a term of incarceration? ☐ Yes ☐ No (if yes, please proceed)

   Crime for which convicted:_____    Dates served: _____

3. Do you have a pending misdemeanor? ☐ Yes ☐ No

   If "yes", what is the charge: _____

ALTA_0000196686
CONFIDENTIAL



**WESTWOOD COLLEGE®**

A PLACE WHERE YOU CAN SUCCEED®

**DISCLOSURE FOR
STUDENTS ENROLLING IN THE
CRIMINAL JUSTICE PROGRAM**

4. Have you ever been convicted of a felony? ☐ Yes ☐ No (if yes, please proceed; if no, skip to question 5)

**Examples of felonies include but are not limited to:** gun possession, aggravated assault, sexual assault, theft, drug possession, drug trafficking, burglary, robbery, murder, and rape.

Did your conviction occur within the last ten years? ☐ Yes ☐ No (if yes, please proceed)

Have you ever served probation/parole for a felony? ☐ Yes ☐ No ☐ Currently

Crime for which convicted:_____ Dates served: _____

Have you served a term of incarceration for a felony? ☐ Yes ☐ No (if yes, please proceed)

Crime for which convicted:_____ Dates served: _____

5. Do you have a pending felony? ☐ Yes ☐ No

If "yes", what is the charge: _____

6. Were you dishonorably discharged from the military? ☐ Yes ☐ No ☐ N/A

If yes, please state the characterization of your discharge and explain why you received it:
_____
_____

---

**You are required to initial and sign the following statements:**

1. I understand that most employers who sponsor Westwood externships and/or hire Westwood graduates conduct background checks and random drug and/or blood tests, and that a criminal conviction and/or the inability to pass a drug screen may significantly impact my ability to procure an externship, which may be required for graduation, and/or employment.
   _____ (Initials)

2. Students who have been convicted of a felony, violent or drug-related crime, or who use illegal drugs are strongly discouraged from enrolling in Westwood's Criminal Justice program.
   _____ (Initials)

3. I also understand that most employers who conduct background checks will automatically disqualify applicants who lie or omit information regarding a misdemeanor or felony on their application.
   _____ (Initials)

4. **ILLINOIS RESIDENTS ONLY:** Westwood College is nationally accredited, not regionally accredited, which could have an impact on employment opportunities with some Chicago and surrounding area employers, including the City of Chicago.
   _____ (Initials)

5. I understand that many employers (including federal and state agencies) have age requirements for employment. Age requirements vary by employer but often you must be over 21 and under 35 at the time of application. Not falling within these age ranges may limit or exclude employment opportunities.
   _____ (Initials)

---

I have fully read and understand each of the above statements, as indicated by my initials above, and full signature below:

**Applicant**

_____          _____
Applicant – Print Name                                    Date

_____          _____
Applicant – Signature                                      Phone Number

**Admissions Staff**

_____          _____
Admissions Representative – Print Name      Date          Admissions Representative – Signature

_____          _____
Admissions Director – Print Name                Date          Admissions Director – Signature

**Career Development Staff**

_____          _____
Career Development Director – Print Name      Date          Career Development Director – Signature

Page 2 of 2          White-Student Copy          Yellow-Copy for Academic File          Pink-Career Development Services Copy          6198  REV 10/09

**ALTA_0000196687
CONFIDENTIAL**

# WESTWOOD COLLEGE®

**A PLACE WHERE YOU CAN SUCCEED***

# DISCLOSURE FOR STUDENTS ENROLLING IN THE CRIMINAL JUSTICE PROGRAM

☐ **ATLANTA MIDTOWN CAMPUS (ATM)** 1100 Spring Street, Atlanta, GA 30309 (404) 745-9882
☐ **ATLANTA NORTHLAKE CAMPUS (ATL)** 2220 Parklake Drive, NE, Atlanta, GA 30345 (404) 962-2998
☐ **RIVER OAKS CAMPUS (CHR)** 80 River Oaks Center, Suite D-49, Calumet City, IL 60409 (708) 832-1988
☐ **DUPAGE CAMPUS (CHD)** 7155 Janes Ave., Woodridge, IL 60517 (630) 434-8244
☐ **O'HARE AIRPORT CAMPUS (CHOA)** 8501 W. Higgins Rd., Chicago, IL 60631 (877) 877-8857
☐ **CHICAGO LOOP CAMPUS (CHL)** 17 N. State St., Chicago, IL 60604 (312) 739-0850
☐ **WILSHIRE CAMPUS (LAW)** 3250 Wilshire Blvd., Suite 400, Los Angeles, CA 90010 (213) 739-9999

☐ **ANAHEIM CAMPUS (LAA)** 1551 S. Douglass Rd. Anaheim, CA 92806 (877) 650-6050
☐ **INLAND EMPIRE CAMPUS (LAI)** 20 West 7ᵗʰ St., Upland, CA 91786 (909) 931-7550
☐ **SOUTH BAY CAMPUS (LAL)** 19700 S. Vermont Ave., Torrance, CA 90502 (310) 965-0888
☐ **DENVER NORTH CAMPUS (DNN)** 7350 N. Broadway, Denver, CO 80221 (303) 426-9797
☐ **DENVER SOUTH CAMPUS (DNS)** 3150 S. Sheridan Blvd., Denver, CO 80227 (303) 934-2790
☐ **ARLINGTON BALLSTON CAMPUS (VAB)** 4300 Wilson Blvd., Arlington, VA 22203 (703) 243-3900
☐ **ANNANDALE SATELLITE CAMPUS (VAA)** 7619 Little River Turnpike, Annandale, VA 22003 (703) 642-3770
☐ **WESTWOOD COLLEGE ONLINE (WCO)** 10249 Church Ranch Way, Broomfield, CO 80021 (720) 887-8888

Name: _____

Start Date: _____

Program: <u>Criminal Justice</u> _____

Credential:
☐ **Bachelor of Science**
☐ **Bachelor of Applied Science (IL Students Only)**
☐ **Associate of Science (LAW Students Only)**

## STUDENT BACKGROUND DISCLOSURE

Most of the employers who seek to hire our graduates conduct detailed background checks before hiring applicants. The questions below are a common part of these background checks. It is used by the school to advise prospective students about their prospects for employment upon graduation, in light of the background checks conducted by some employers seeking to hire our graduates. The final decision about whether to enroll is up to the prospective student.

We expect honest answers from our applicants and students at all times. Providing inaccurate or incomplete information on this form (or any other Westwood official form) may result in cancellation of a student's Enrollment Agreement or an automatic waiver of employment assistance during training and/or upon graduation.

1. Have you had any driving violations in the past five years?  ☐ Yes  ☐ No (if yes, please proceed; if no, skip to question 2)
   What kind of violation(s) have you had?

   ☐ Speeding  How Many? _____  Date of Last Infraction: _____
   ☐ DUI/DWAI  How Many? _____  Date of Last Infraction: _____
   ☐ Other Moving Violation  How Many? _____  Date of Last Infraction: _____
   ☐ Suspended License  Date of reinstatement: _____

   Have you paid all outstanding tickets?  ☐ Yes  ☐ No
   (Outstanding tickets must be taken care of prior to starting school. Outstanding tickets from any state can cause you to have a pending bench warrant, which can lead to you losing your license. A driver's license may be required to obtain employment.)

2. Have you ever been convicted of a misdemeanor?  ☐ Yes  ☐ No  (if yes, please proceed; if no, skip to question 3)

   **Examples of misdemeanors include but are not limited to:** petty theft, shoplifting, vandalism, first or second DUI/DWI offense, possession of marijuana, domestic violence, simple assault, possession of drug paraphernalia, use of a fake ID, battery, involuntary manslaughter, and false reports to law enforcement.

   Did your conviction occur within the last ten years?  ☐ Yes  ☐ No  (if yes, please proceed)
   Have you ever served probation/parole?  ☐ Yes  ☐ No  ☐ Currently

   Crime for which convicted:_____  Dates served: _____
   Have you served a term of incarceration?  ☐ Yes  ☐ No  (if yes, please proceed)

   Crime for which convicted:_____  Dates served: _____

3. Do you have a pending misdemeanor?  ☐ Yes  ☐ No

   If "yes", what is the charge: _____

ALTA_0000196688
CONFIDENTIAL



**WESTWOOD COLLEGE®**

A PLACE WHERE YOU CAN SUCCEED®

**DISCLOSURE FOR
STUDENTS ENROLLING IN THE
CRIMINAL JUSTICE PROGRAM**

4. Have you ever been convicted of a felony? ☐ Yes ☐ No (if yes, please proceed; if no, skip to question 5)

**Examples of felonies include but are not limited to:** gun possession, aggravated assault, sexual assault, theft, drug possession, drug trafficking, burglary, robbery, murder, and rape.

Did your conviction occur within the last ten years? ☐ Yes ☐ No (if yes, please proceed)

Have you ever served probation/parole for a felony? ☐ Yes ☐ No ☐ Currently

Crime for which convicted:_____ Dates served: _____

Have you served a term of incarceration for a felony? ☐ Yes ☐ No (if yes, please proceed)

Crime for which convicted:_____ Dates served: _____

5. Do you have a pending felony? ☐ Yes ☐ No

If "yes", what is the charge: _____

6. Were you dishonorably discharged from the military? ☐ Yes ☐ No ☐ N/A

If yes, please state the characterization of your discharge and explain why you received it:
_____

---

**You are required to initial and sign the following statements:**

1. I understand that most employers who sponsor Westwood externships and/or hire Westwood graduates conduct background checks and random drug and/or blood tests, and that a criminal conviction and/or the inability to pass a drug screen may significantly impact my ability to procure an externship, which may be required for graduation, and/or employment.
   _____ (Initials)

2. Students who have been convicted of a felony, violent or drug-related crime, or who use illegal drugs are strongly discouraged from enrolling in Westwood's Criminal Justice program.
   _____ (Initials)

3. I also understand that most employers who conduct background checks will automatically disqualify applicants who lie or omit information regarding a misdemeanor or felony on their application.
   _____ (Initials)

4. **ILLINOIS RESIDENTS ONLY:** Westwood College is nationally accredited, not regionally accredited, which could have an impact on employment opportunities with some Chicago and surrounding area employers, including the City of Chicago.
   _____ (Initials)

5. I understand that many employers (including federal and state agencies) have age requirements for employment. Age requirements vary by employer but often you must be over 21 and under 35 at the time of application. Not falling within these age ranges may limit or exclude employment opportunities.
   _____ (Initials)

---

I have fully read and understand each of the above statements, as indicated by my initials above, and full signature below:

**Applicant**

_____          _____
Applicant – Print Name                Date

_____          _____
Applicant – Signature                 Phone Number

**Admissions Staff**

_____     _____          _____
Admissions Representative – Print Name   Date      Admissions Representative – Signature

_____     _____          _____
Admissions Director – Print Name          Date      Admissions Director – Signature

**Career Development Staff**

_____     _____          _____
Career Development Director – Print Name   Date      Career Development Director – Signature

Page 2 of 2      White-Student Copy      Yellow-Copy for Academic File      Pink-Career Development Services Copy      6240   REV 01/10

**ALTA_0000196689
CONFIDENTIAL**

# WESTWOOD COLLEGE®

**A PLACE WHERE YOU CAN SUCCEED®**

## DISCLOSURE FOR STUDENTS ENROLLING IN THE CRIMINAL JUSTICE PROGRAM

- ☐ **ATLANTA MIDTOWN CAMPUS (ATM)** 1100 Spring Street, Atlanta, GA 30309 (404) 745-9862
- ☐ **ATLANTA NORTHLAKE CAMPUS (ATL)** 2220 Parklake Drive, NE, Atlanta, GA 30345 (404) 962-2998
- ☐ **RIVER OAKS CAMPUS (CHR)** 80 River Oaks Center, Suite D-49, Calumet City, IL 60409 (708) 832-1988
- ☐ **DUPAGE CAMPUS (CHD)** 7155 Janes Ave., Woodridge, IL 60517 (630) 434-8244
- ☐ **O'HARE AIRPORT CAMPUS (CHOA)** 8501 W. Higgins Rd., Chicago, IL 60631 (877) 877-8857
- ☐ **CHICAGO LOOP CAMPUS (CHL)** 17 N. State St., Chicago, IL 60604 (312) 739-0850
- ☐ **WILSHIRE CAMPUS (LAW)** 3250 Wilshire Blvd., Suite 400, Los Angeles, CA 90010 (213) 739-9999

- ☐ **ANAHEIM CAMPUS (LAA)** 1551 S. Douglass Rd. Anaheim, CA 92806 (877) 650-6050
- ☐ **INLAND EMPIRE CAMPUS (LAI)** 20 West 7th St., Upland, CA 91786 (909) 931-7550
- ☐ **SOUTH BAY CAMPUS (LAL)** 19700 S. Vermont Ave., Torrance, CA 90502 (310) 965-0888
- ☐ **DENVER NORTH CAMPUS (DNN)** 7350 N. Broadway, Denver, CO 80221 (303) 426-9797
- ☐ **DENVER SOUTH CAMPUS (DNS)** 3150 S. Sheridan Blvd., Denver, CO 80227 (303) 934-2790
- ☐ **ARLINGTON BALLSTON CAMPUS (VAB)** 4300 Wilson Blvd., Arlington, VA 22203 (703) 243-3900
- ☐ **ANNANDALE SATELLITE CAMPUS (VAA)** 7619 Little River Turnpike, Annandale, VA 22003 (703) 642-3770
- ☐ **WESTWOOD COLLEGE ONLINE (WCO)** 10249 Church Ranch Way, Broomfield, CO 80021 (720) 887-8888

---

**Name:** _____

**Start Date:** _____

**Program:** Criminal Justice _____

**Credential:**
☐ Bachelor of Science
☐ Bachelor of Applied Science (IL Students Only)
☐ Associate of Science (LAW Students Only)

---

**STUDENT BACKGROUND DISCLOSURE**

Most of the employers who seek to hire our graduates conduct detailed background checks before hiring applicants. The questions below are a common part of these background checks. It is used by the school to advise prospective students about their prospects for employment upon graduation, in light of the background checks conducted by some employers seeking to hire our graduates. The final decision about whether to enroll is up to the prospective student.

We expect honest answers from our applicants and students at all times. Providing inaccurate or incomplete information on this form (or any other Westwood official form) may result in cancellation of a student's Enrollment Agreement or an automatic waiver of employment assistance during training and/or upon graduation.

1. Have you had any driving violations in the past five years? ☐ Yes ☐ No (if yes, please proceed; if no, skip to question 2)

   What kind of violation(s) have you had?

   ☐ Speeding     How Many? _____     Date of Last Infraction: _____

   ☐ DUI/DWAI     How Many? _____     Date of Last Infraction: _____

   ☐ Other Moving Violation     How Many? _____     Date of Last Infraction: _____

   ☐ Suspended License     Date of reinstatement: _____

   Have you paid all outstanding tickets? ☐ Yes ☐ No
   (Outstanding tickets must be taken care of prior to starting school. Outstanding tickets from any state can cause you to have a pending bench warrant, which can lead to you losing your license. A driver's license may be required to obtain employment.)

2. Have you ever been convicted of a misdemeanor? ☐ Yes ☐ No (if yes, please proceed; if no, skip to question 3)

   **Examples of misdemeanors include but are not limited to:** petty theft, shoplifting, vandalism, first or second DUI/DWI offense, possession of marijuana, domestic violence, simple assault, possession of drug paraphernalia, use of a fake ID, battery, involuntary manslaughter, and false reports to law enforcement.

   Did your conviction occur within the last ten years? ☐ Yes ☐ No (if yes, please proceed)

   Have you ever served probation/parole? ☐ Yes ☐ No ☐ Currently

   Crime for which convicted: _____ _____     Dates served: _____

   Have you served a term of incarceration? ☐ Yes ☐ No (if yes, please proceed)

   Crime for which convicted: _____ _____     Dates served: _____

3. Do you have a pending misdemeanor? ☐ Yes ☐ No

   If "yes", what is the charge: _____

---

ALTA_0000196690
CONFIDENTIAL



**WESTWOOD COLLEGE®**

A PLACE WHERE YOU CAN SUCCEED®

**DISCLOSURE FOR
STUDENTS ENROLLING IN THE
CRIMINAL JUSTICE PROGRAM**

4. Have you ever been convicted of a felony? ☐ Yes ☐ No (if yes, please proceed; if no, skip to question 5)

**Examples of felonies include but are not limited to:** gun possession, aggravated assault, sexual assault, theft, drug possession, drug trafficking, burglary, robbery, murder, and rape.

Did your conviction occur within the last ten years? ☐ Yes ☐ No (if yes, please proceed)

Have you ever served probation/parole for a felony? ☐ Yes ☐ No ☐ Currently

Crime for which convicted:_____ Dates served: _____

Have you served a term of incarceration for a felony? ☐ Yes ☐ No (if yes, please proceed)

Crime for which convicted:_____ Dates served: _____

5. Do you have a pending felony? ☐ Yes ☐ No

If "yes", what is the charge: _____

6. Were you dishonorably discharged from the military? ☐ Yes ☐ No ☐ N/A

If yes, please state the characterization of your discharge and explain why you received it:

_____

**You are required to initial and sign the following statements:**

1. I understand that most employers who sponsor Westwood externships and/or hire Westwood graduates conduct background checks and random drug and/or blood tests, and that a criminal conviction and/or the inability to pass a drug screen may significantly impact my ability to procure an externship, which may be required for graduation, and/or employment.

    _____ (Initials)

2. Students who have been convicted of a felony, violent or drug-related crime, or who use illegal drugs are strongly discouraged from enrolling in Westwood's <u>Criminal Justice</u> program.

    _____ (Initials)

3. I also understand that most employers who conduct background checks will automatically disqualify applicants who lie or omit information regarding a misdemeanor or felony on their application.

    _____ (Initials)

4. **ILLINOIS RESIDENTS ONLY:** Westwood College is nationally accredited, not regionally accredited, which could have an impact on employment opportunities with some Chicago and surrounding area employers, including the City of Chicago.

    _____ (Initials)

5. I understand that many employers (including federal and state agencies) have age requirements for employment. Age requirements vary by employer but often you must be over 21 and under 35 at the time of application. Not falling within these age ranges may limit or exclude employment opportunities.

    _____ (Initials)

**I have fully read and understand each of the above statements, as indicated by my initials above, and full signature below:**

**Applicant**

_____     _____
Applicant – Print Name                  Date

_____     _____
Applicant – Signature                   Phone Number

**Admissions Staff**

_____     _____
Admissions Representative – Print Name    Date          Admissions Representative – Signature

_____     _____
Admissions Director – Print Name          Date          Admissions Director – Signature

**Career Development Staff**

_____     _____
Career Development Director – Print Name   Date          Career Development Director – Signature

ALTA_0000196691
CONFIDENTIAL

# WESTWOOD COLLEGE®

**A PLACE WHERE YOU CAN SUCCEED®**

**DISCLOSURE FOR STUDENTS ENROLLING IN THE CRIMINAL JUSTICE PROGRAM**

- ☐ **ATLANTA MIDTOWN CAMPUS (ATM)** 1100 Spring Street, Atlanta, GA 30309 (404) 745-9882
- ☐ **ATLANTA NORTHLAKE CAMPUS (ATL)** 2220 Parklake Drive, NE, Atlanta, GA 30345 (404) 962-2998
- ☐ **RIVER OAKS CAMPUS (CHR)** 80 River Oaks Center, Suite D-49, Calumet City, IL 60409 (708) 832-1988
- ☐ **DUPAGE CAMPUS (CHD)** 7155 Janes Ave., Woodridge, IL 60517 (630) 434-8244
- ☐ **O'HARE AIRPORT CAMPUS (CHOA)** 8501 W. Higgins Rd., Chicago, IL 60631 (877) 877-8857
- ☐ **CHICAGO LOOP CAMPUS (CHL)** 17 N. State St., Chicago, IL 60604 (312) 739-0850
- ☐ **WILSHIRE CAMPUS (LAW)** 3250 Wilshire Blvd., Suite 400, Los Angeles, CA 90010 (213) 739-9999

- ☐ **ANAHEIM CAMPUS (LAA)** 1551 S. Douglass Rd. Anaheim, CA 92806 (877) 650-6050
- ☐ **INLAND EMPIRE CAMPUS (LAI)** 20 West 7th St., Upland, CA 91786 (909) 931-7550
- ☐ **SOUTH BAY CAMPUS (LAL)** 19700 S. Vermont Ave., Torrance, CA 90502 (310) 965-0888
- ☐ **DENVER NORTH CAMPUS (DNN)** 7350 N. Broadway, Denver, CO 80221 (303) 426-9797
- ☐ **DENVER SOUTH CAMPUS (DNS)** 3150 S. Sheridan Blvd., Denver, CO 80227 (303) 934-2790
- ☐ **ARLINGTON BALLSTON CAMPUS (VAB)** 4300 Wilson Blvd., Arlington, VA 22203 (703) 243-3900
- ☐ **ANNANDALE SATELLITE CAMPUS (VAA)** 7619 Little River Turnpike, Annandale, VA 22003 (703) 642-3770
- ☐ **WESTWOOD COLLEGE ONLINE (WCO)** 10249 Church Ranch Way, Broomfield, CO 80021 (720) 887-8888

Name: _____

Start Date: _____

Program: **Criminal Justice** _____

Credential:

☐ **Bachelor of Science**
☐ **Bachelor of Applied Science (IL Students Only)**
☐ **Associate of Science (LAW Students Only)**

## STUDENT BACKGROUND DISCLOSURE

Most of the employers who seek to hire our graduates conduct detailed background checks before hiring applicants. The questions below are a common part of these background checks. It is used by the school to advise prospective students about their prospects for employment upon graduation, in light of the background checks conducted by some employers seeking to hire our graduates. The final decision about whether to enroll is up to the prospective student.

We expect honest answers from our applicants and students at all times. Providing inaccurate or incomplete information on this form (or any other Westwood official form) may result in cancellation of a student's Enrollment Agreement or an automatic waiver of employment assistance during training and/or upon graduation.

1. Have you had any driving violations in the past five years?   ☐ Yes       ☐ No (if yes, please proceed; if no, skip to question 2)

   What kind of violation(s) have you had?

   ☐ Speeding          How Many? _____      Date of Last Infraction: _____
   ☐ DUI/DWAI          How Many? _____      Date of Last Infraction: _____
   ☐ Other Moving Violation   How Many? _____   Date of Last Infraction: _____
   ☐ Suspended License      Date of reinstatement: _____

   Have you paid all outstanding tickets?          ☐ Yes       ☐ No
   (Outstanding tickets must be taken care of prior to starting school. Outstanding tickets from any state can cause you to have a pending bench warrant, which can lead to you losing your license. A driver's license may be required to obtain employment.)

2. Have you ever been convicted of a misdemeanor?   ☐ Yes       ☐ No   (if yes, please proceed; if no, skip to question 3)

   **Examples of misdemeanors include but are not limited to:** petty theft, shoplifting, vandalism, first or second DUI/DWI offense, possession of marijuana, domestic violence, simple assault, possession of drug paraphernalia, use of a fake ID, battery, involuntary manslaughter, and false reports to law enforcement.

   Did your conviction occur within the last ten years?   ☐ Yes   ☐ No   (if yes, please proceed)
   Have you ever served probation/parole?          ☐ Yes   ☐ No   ☐ Currently
   Crime for which convicted: _____ _____   Dates served: _____
   Have you served a term of incarceration?        ☐ Yes   ☐ No   (if yes, please proceed)
   Crime for which convicted: _____ _____   Dates served: _____

3. Do you have a pending misdemeanor?       ☐ Yes   ☐ No

   If "yes", what is the charge: _____

ALTA_0000196692
CONFIDENTIAL



**WESTWOOD COLLEGE®**

A PLACE WHERE YOU CAN SUCCEED°

**DISCLOSURE FOR
STUDENTS ENROLLING IN THE
CRIMINAL JUSTICE PROGRAM**

4. Have you ever been convicted of a felony? ☐ Yes ☐ No (if yes, please proceed; if no, skip to question 5)

**Examples of felonies include but are not limited to:** gun possession, aggravated assault, sexual assault, theft, drug possession, drug trafficking, burglary, robbery, murder, and rape.

Did your conviction occur within the last ten years? ☐ Yes ☐ No (if yes, please proceed)

Have you ever served probation/parole for a felony? ☐ Yes ☐ No ☐ Currently

Crime for which convicted: _____ Dates served: _____

Have you served a term of incarceration for a felony? ☐ Yes ☐ No (if yes, please proceed)

Crime for which convicted: _____ Dates served: _____

5. Do you have a pending felony? ☐ Yes ☐ No

If "yes", what is the charge: _____

6. Were you dishonorably discharged from the military? ☐ Yes ☐ No ☐ N/A

If yes, please state the characterization of your discharge and explain why you received it:

_____

---

**You are required to initial and sign the following statements:**

1. I understand that most employers who sponsor Westwood externships and/or hire Westwood graduates conduct background checks and random drug and/or blood tests, and that a criminal conviction and/or the inability to pass a drug screen may significantly impact my ability to procure an externship, which may be required for graduation, and/or employment.

   _____ (Initials)

2. Students who have been convicted of a felony, violent or drug-related crime, or who use illegal drugs are strongly discouraged from enrolling in Westwood's Criminal Justice program.

   _____ (Initials)

3. I also understand that most employers who conduct background checks will automatically disqualify applicants who lie or omit information regarding a misdemeanor or felony on their application.

   _____ (Initials)

4. **ILLINOIS RESIDENTS ONLY:** Westwood College is nationally accredited, not regionally accredited, which could have an impact on employment opportunities with some Chicago and surrounding area employers, including the City of Chicago.

   _____ (Initials)

5. I understand that many employers (including federal and state agencies) have age requirements for employment. Age requirements vary by employer but often you must be over 21 and under 35 at the time of application. Not falling within these age ranges may limit or exclude employment opportunities.

   _____ (Initials)

---

I have fully read and understand each of the above statements, as indicated by my initials above, and full signature below:

**Applicant**

_____    _____
Applicant – Print Name                  Date

_____    _____
Applicant – Signature                   Phone Number

**Admissions Staff**

_____    _____    _____
Admissions Representative – Print Name   Date    Admissions Representative – Signature

_____    _____    _____
Admissions Director – Print Name        Date    Admissions Director – Signature

**Career Development Staff**

_____    _____    _____
Career Development Director – Print Name  Date   Career Development Director – Signature

ALTA_0000196693
CONFIDENTIAL

# WESTWOOD COLLEGE®

### A PLACE WHERE YOU CAN SUCCEED®

## DISCLOSURE FOR STUDENTS ENROLLING IN THE CRIMINAL JUSTICE PROGRAM

- ☐ **ATLANTA MIDTOWN CAMPUS (ATM)** 1100 Spring Street, Atlanta, GA 30309 (404) 745-9862
- ☐ **ATLANTA NORTHLAKE CAMPUS (ATL)** 2220 Parklake Drive, NE, Atlanta, GA 30345 (404) 982-2998
- ☐ **RIVER OAKS CAMPUS (CHR)** 80 River Oaks Center, Suite D-49, Calumet City, IL 60409 (708) 832-1988
- ☐ **DUPAGE CAMPUS (CHD)** 7155 Janes Ave., Woodridge, IL 60517 (630) 434-8244
- ☐ **O'HARE AIRPORT CAMPUS (CHOA)** 8501 W. Higgins Rd., Chicago, IL 60631 (877) 877-8857
- ☐ **CHICAGO LOOP CAMPUS (CHL)** 17 N. State St., Chicago, IL 60604 (312) 739-0850
- ☐ **WILSHIRE CAMPUS (LAW)** 3250 Wilshire Blvd., Suite 400, Los Angeles, CA 90010 (213) 739-9999
- ☐ **ANAHEIM CAMPUS (LAA)** 1551 S. Douglass Rd. Anaheim, CA 92806 (877) 850-6050

- ☐ **INLAND EMPIRE CAMPUS (LAI)** 20 West 7th St., Upland, CA 91786 (909) 931-7550
- ☐ **SOUTH BAY CAMPUS (LAL)** 19700 S. Vermont Ave., Torrance, CA 90502 (310) 965-0888
- ☐ **DENVER NORTH CAMPUS (DNN)** 7350 N. Broadway, Denver, CO 80221 (303) 426-9797
- ☐ **DENVER SOUTH CAMPUS (DNS)** 3150 S. Sheridan Blvd., Denver, CO 80227 (303) 934-2790
- ☐ **DALLAS CAMPUS (DLD)** 8390 LBJ Fwy, Executive Center One, Suite 100, Dallas, TX 75243 (214) 570-0100
- ☐ **FORT WORTH CAMPUS (DLF)** 4232 North Freeway, Fort Worth, TX 76137 (817) 547-9600
- ☐ **ARLINGTON BALLSTON CAMPUS (VAB)** 4300 Wilson Blvd., Arlington, VA 22203 (703) 243-3900
- ☐ **ANNANDALE SATELLITE CAMPUS (VAA)** 7619 Little River Turnpike, Annandale, VA 22003 (703) 642-3770
- ☐ **WESTWOOD COLLEGE ONLINE (WCO)** 10249 Church Ranch Way, Broomfield, CO 80021 (720) 887-8888

Name: _____

Start Date: _____

Program: **Criminal Justice**_____

Credential:

☐ **Bachelor of Science**
☐ **Bachelor of Applied Science (IL Students Only)**
☐ **Associate of Science (LAW Students Only)**

## STUDENT BACKGROUND DISCLOSURE

Most of the employers who seek to hire our graduates conduct detailed background checks before hiring applicants. The questions below are a common part of these background checks. It is used by the school to advise prospective students about their prospects for employment upon graduation, in light of the background checks conducted by some employers seeking to hire our graduates. The final decision about whether to enroll is up to the prospective student.

We expect honest answers from our applicants and students at all times. Providing inaccurate or incomplete information on this form (or any other Westwood official form) may result in cancellation of a student's Enrollment Agreement or an automatic waiver of employment assistance during training and/or upon graduation.

1.  Have you had any driving violations in the past five years?   ☐ Yes      ☐ No (if yes, please proceed; if no, skip to question 2)

    What kind of violation(s) have you had?

    ☐ Speeding          How Many? _____     Date of Last Infraction: _____
    ☐ DUI/DWAI          How Many? _____     Date of Last Infraction: _____
    ☐ Other Moving Violation   How Many? _____     Date of Last Infraction: _____
    ☐ Suspended License     Date of reinstatement: _____

    Have you paid all outstanding tickets?        ☐ Yes      ☐ No
    (Outstanding tickets must be taken care of prior to starting school. Outstanding tickets from any state can cause you to have a pending bench warrant, which can lead to you losing your license. A driver's license may be required to obtain employment.)

2.  Have you ever been convicted of a misdemeanor?   ☐ Yes      ☐ No   (if yes, please proceed; if no, skip to question 3)

    **Examples of misdemeanors include but are not limited to:** petty theft, shoplifting, vandalism, first or second DUI/DWI offense, possession of marijuana, domestic violence, simple assault, possession of drug paraphernalia, use of a fake ID, battery, involuntary manslaughter, and false reports to law enforcement.

    Did your conviction occur within the last ten years?   ☐ Yes   ☐ No   (if yes, please proceed)
    Have you ever served probation/parole?        ☐ Yes   ☐ No   ☐ Currently

    Crime for which convicted: _____    Dates served:
    Have you served a term of incarceration?       ☐ Yes   ☐ No   (if yes, please proceed)

    Crime for which convicted: _____    Dates served:

3.  Do you have a pending misdemeanor?         ☐ Yes   ☐ No

    If "yes", what is the charge: _____

ALTA_0000196694
CONFIDENTIAL



**DISCLOSURE FOR STUDENTS ENROLLING IN THE CRIMINAL JUSTICE PROGRAM**

4. Have you ever been convicted of a felony? ☐ Yes ☐ No (if yes, please proceed; if no, skip to question 5)

**Examples of felonies include but are not limited to:** gun possession, aggravated assault, sexual assault, theft, drug possession, drug trafficking, burglary, robbery, murder, and rape.

Did your conviction occur within the last ten years? ☐ Yes ☐ No (if yes, please proceed)

Have you ever served probation/parole for a felony? ☐ Yes ☐ No ☐ Currently

Crime for which convicted:_____ Dates served:_____

Have you served a term of incarceration for a felony? ☐ Yes ☐ No (if yes, please proceed)

Crime for which convicted:_____ Dates served: _____

5. Do you have a pending felony? ☐ Yes ☐ No

If "yes", what is the charge: _____

6. Were you dishonorably discharged from the military? ☐ Yes ☐ No ☐ N/A

If yes, please state the characterization of your discharge and explain why you received it
_____

---

**You are required to initial and sign the following statements:**

1. I understand that most employers who sponsor Westwood externships and/or hire Westwood graduates conduct background checks and random drug and/or blood tests, and that a criminal conviction and/or the inability to pass a drug screen may significantly impact my ability to procure an externship, which may be required for graduation, and/or employment.
   _____ (Initials)

2. Students who have been convicted of a felony, violent or drug-related crime, or who use illegal drugs are strongly discouraged from enrolling in Westwood's <u>Criminal Justice</u> program.
   _____ (Initials)

3. I also understand that most employers who conduct background checks will automatically disqualify applicants who lie or omit information regarding a misdemeanor or felony on their application.
   _____ (Initials)

4. **ILLINOIS RESIDENTS ONLY:** Westwood College is nationally accredited, not regionally accredited, which could have an impact on employment opportunities with some Chicago and surrounding area employers, including the City of Chicago.
   _____ (Initials)

5. **TEXAS RESIDENTS ONLY:** Westwood College is nationally accredited, not regionally accredited, which could have an impact on employment opportunities with Texas Commission on Law Enforcement Officer Standards and Education (TCLEOSE) regulated employers.
   _____ (Initials)

6. I understand that many employers (including federal and state agencies) have age requirements for employment. Age requirements vary by employer but often you must be over 21 and under 35 at the time of application. Not falling within these age ranges may limit or exclude employment opportunities.
   _____ (Initials)

---

**I have fully read and understand each of the above statements, as indicated by my initials above, and full signature below:**

<u>Applicant</u>

Applicant – Print Name _____  Date _____

Applicant – Signature _____  Phone Number _____

<u>Admissions Staff</u>

Admissions Representative – Print Name _____ Date _____  Admissions Representative – Signature _____

Admissions Director – Print Name _____ Date _____  Admissions Director – Signature _____

<u>Career Development Staff</u>

Career Development Director – Print Name _____ Date _____  Career Development Director – Signature _____

Page 2 of 2     White-Student Copy     Yellow-Copy for Academic File     Pink-Career Development Services Copy     6347   REV 08/10

ALTA_0000196695
CONFIDENTIAL



# WESTWOOD COLLEGE®
### A PLACE WHERE YOU CAN SUCCEED®

## DISCLOSURE FOR STUDENTS ENROLLING IN THE CRIMINAL JUSTICE PROGRAM

- ☐ **ATLANTA MIDTOWN CAMPUS (ATM)** 1100 Spring Street, Atlanta, GA 30309 (404) 745-9862
- ☐ **ATLANTA NORTHLAKE CAMPUS (ATL)** 2220 Parklake Drive, NE, Atlanta, GA 30345 (404) 962-2998
- ☐ **RIVER OAKS CAMPUS (CHR)** 80 River Oaks Center, Suite D-49, Calumet City, IL 60409 (708) 832-1988
- ☐ **DUPAGE CAMPUS (CHD)** 7155 Janes Avenue, Woodridge, IL 60517 (630) 434-8244
- ☐ **O'HARE AIRPORT CAMPUS (CHOA)** 8501 W. Higgins Road, Chicago, IL 60631 (877) 877-8857
- ☐ **CHICAGO LOOP CAMPUS (CHL)** 17 N. State Street, Chicago, IL 60604 (312) 739-0850
- ☐ **WILSHIRE CAMPUS (LAW)** 3250 Wilshire Boulevard, Suite 400, Los Angeles, CA 90010 (213) 739-9999

- ☐ **ANAHEIM CAMPUS (LAA)** 1551 S. Douglass Road, Anaheim, CA 92806 (877) 650-6050
- ☐ **INLAND EMPIRE CAMPUS (LAI)** 20 West 7th Street, Upland, CA 91786 (909) 931-7550
- ☐ **SOUTH BAY CAMPUS (LAL)** 19700 S. Vermont Avenue, Torrance, CA 90502 (310) 965-0888
- ☐ **DENVER NORTH CAMPUS (DNN)** 7350 N. Broadway, Denver, CO 80221 (303) 426-9797
- ☐ **DENVER SOUTH CAMPUS (DNS)** 3150 S. Sheridan Boulevard, Denver, CO 80227 (303) 934-2790
- ☐ **ARLINGTON BALLSTON CAMPUS (VAB)** 4300 Wilson Boulevard, Arlington, VA 22203 (703) 243-3900
- ☐ **ANNANDALE SATELLITE CAMPUS (VAA)** 7619 Little River Turnpike, Annandale, VA 22003 (703) 642-3770
- ☐ **WESTWOOD COLLEGE ONLINE (WCO)** 10249 Church Ranch Way, Broomfield, CO 80021 (720) 887-8888

---

Name: _____

Start Date: _____

Program: **Criminal Justice** _____

Credential:

☐ **Bachelor of Science**
☐ **Bachelor of Applied Science (IL Students Only)**
☐ **Associate of Science (LAW Students Only)**
☐ **Associate of Applied Science (ATL and ATM Students Only)**

---

## STUDENT BACKGROUND DISCLOSURE

Most of the employers who seek to hire our graduates conduct detailed background checks before hiring applicants. The questions below are a common part of these background checks. They are used by the school to advise prospective students about their prospects for employment upon graduation, in light of the background checks conducted by some employers seeking to hire our graduates. The final decision about whether to enroll is up to the prospective student.

We expect honest answers from our applicants and students at all times. Providing inaccurate or incomplete information on this form (or any other Westwood official form) may result in cancellation of a student's Enrollment Agreement or an automatic waiver of employment assistance during training and/or upon graduation.

---

1. Have you had any driving violations in the past five years? ☐ Yes ☐ No (if yes, please proceed; if no, skip to question 2)

   What kind of violation(s) have you had?

   ☐ Speeding    How Many? _____    Date of Last Infraction: _____

   ☐ DUI/DWAI    How Many? _____    Date of Last Infraction: _____

   ☐ Other Moving Violation    How Many? _____    Date of Last Infraction: _____

   ☐ Suspended License    Date of reinstatement: _____

   Have you paid all outstanding tickets? ☐ Yes ☐ No
   (Outstanding tickets must be taken care of prior to starting school. Outstanding tickets from any state can cause you to have a pending bench warrant, which can lead to you losing your license. A driver's license may be required to obtain employment.)

2. Have you ever been convicted of a misdemeanor? ☐ Yes ☐ No (if yes, please proceed; if no, skip to question 3)

   **Examples of misdemeanors include but are not limited to:** petty theft, shoplifting, vandalism, first or second DUI/DWI offense, possession of marijuana, domestic violence, simple assault, possession of drug paraphernalia, use of a fake ID, battery, involuntary manslaughter, and false reports to law enforcement.

   Did your conviction occur within the last ten years? ☐ Yes ☐ No (if yes, please proceed)

   Have you ever served probation/parole? ☐ Yes ☐ No ☐ Currently

   Crime for which convicted: _____    Dates served: _____

   Have you served a term of incarceration? ☐ Yes ☐ No (if yes, please proceed)

   Crime for which convicted: _____    Dates served: _____

3. Do you have a pending misdemeanor? ☐ Yes ☐ No

   If "yes," what is the charge: _____

---

     6388 REV 10/10

ALTA_0000196696
CONFIDENTIAL



**WESTWOOD COLLEGE®**
A PLACE WHERE YOU CAN SUCCEED*

**DISCLOSURE FOR STUDENTS ENROLLING IN THE CRIMINAL JUSTICE PROGRAM**

4. Have you ever been convicted of a felony?  ☐ Yes  ☐ No  (if yes, please proceed; if no, skip to question 5)

**Examples of felonies include but are not limited to:** gun possession, aggravated assault, sexual assault, theft, drug possession, drug trafficking, burglary, robbery, murder, and rape.

Did your conviction occur within the last ten years?  ☐ Yes  ☐ No  (if yes, please proceed)

Have you ever served probation/parole for a felony?  ☐ Yes  ☐ No  ☐ Currently

Crime for which convicted: _____  Dates served: _____

Have you served a term of incarceration for a felony?  ☐ Yes  ☐ No  (if yes, please proceed)

Crime for which convicted: _____  Dates served: _____

5. Do you have a pending felony?  ☐ Yes  ☐ No

If "yes," what is the charge: _____

6. Were you dishonorably discharged from the military?  ☐ Yes  ☐ No  ☐ N/A

If "yes," please state the characterization of your discharge and explain why you received it:

_____
_____

---

**You are required to initial and sign the following statements:**

1. I understand that most employers who sponsor Westwood externships and/or hire Westwood graduates conduct background checks and random drug and/or blood tests, and that a criminal conviction and/or the inability to pass a drug screen may significantly impact my ability to procure an externship, which may be required for graduation, and/or employment.
   _____ (Initials)

2. Students who have been convicted of a felony, violent or drug-related crime, or who use illegal drugs are strongly discouraged from enrolling in Westwood's <u>Criminal Justice</u> program.
   _____ (Initials)

3. I also understand that most employers who conduct background checks will automatically disqualify applicants who lie or omit information regarding a misdemeanor or felony on their application.
   _____ (Initials)

4. **ILLINOIS RESIDENTS ONLY:** Westwood College is nationally accredited, not regionally accredited, which could have an impact on employment opportunities with some Chicago and surrounding area employers, including the City of Chicago.
   _____ (Initials)

5. I understand that many employers (including federal and state agencies) have age requirements for employment. Age requirements vary by employer but often you must be over 21 and under 35 at the time of application. Not falling within these age ranges may limit or exclude employment opportunities.
   _____ (Initials)

---

**I have fully read and understand each of the above statements, as indicated by my initials above, and full signature below:**

**Applicant**

Applicant – Print Name _____  Date _____

Applicant – Signature _____  Phone Number _____

**Admissions Staff**

Admissions Representative – Print Name _____ Date _____  Admissions Representative – Signature _____

Admissions Director – Print Name _____ Date _____  Admissions Director – Signature _____

**Career Development Staff**

Career Development Director – Print Name _____ Date _____  Career Development Director – Signature _____

6388  REV 10/10

ALTA_0000196697
CONFIDENTIAL

# EXHIBIT 24

Page 105

1     Q.   It looks like a fax from the

2  Illinois State Police to Westwood.  Does

3  that look correct?

4     A.   It does.

5     Q.   The date is 3/1/2010.  Do you see

6  that?

7     A.   I do.

8     Q.   Does that refresh your recollection

9  of about when you might have applied for

10  a --

11     A.   It does.

12     Q.   -- a job at the Illinois State

13  Police?

14     A.   It does.

15     Q.   Okay.  And it says in the comments,

16  this is from Tom Bondi -- oh, no.  Excuse

17  me -- Trooper Neil Hummert.  Do you see

18  that?

19     A.   Yes.

20     Q.   And Trooper Hummert says:  "Please

21  assist the Illinois State Police in

22  providing any information regarding police

23  applicant's" -- it says "employment

24  background."  But I assume he probably meant

Page 106

1    educational background; right?

2        A.    Okay.

3        Q.    Do you see that?

4        A.    Yes.

5        Q.    So turn to the second page of

6    Exhibit 29.  And you see towards the bottom

7    there, you signed twice; right?

8        A.    Yes, I did.

9        Q.    And so -- and your -- your

10   signature is dated January 2, 2010.  Do you

11   see that?

12       A.    Yes.

13       Q.    Okay.  So do you think it's perhaps

14   sometime in January that you first applied,

15   and then they eventually sent this to

16   Westwood in March?

17       A.    Yes.

18       Q.    Does that sound right?

19             And if you look at the -- look at

20   the third page, this is the Illinois State

21   Police college history.  Do you see that?

22       A.    Yes.

23       Q.    And it -- somebody at Westwood

24   filled this out, put your GPA.  It said that

Page 107

1    you never were suspended.  Said you've met

2    your financial obligations; right?  Do you

3    see that?

4         A.    Correct.

5         Q.    And then they have institution

6    accreditation status as a number of ones

7    listed there.  It also includes a spot for

8    "other."  Do you see that?

9         A.    Yes.

10        Q.    And somebody circled "other" and

11   wrote in "Accrediting Council for

12   Independent Colleges and Schools, ACICS.  Do

13   you see that?

14        A.    I do see that.

15        Q.    Do you understand ACICS to be

16   Westwood's accrediting body?

17        A.    It is.

18        Q.    Okay.  And this is -- this is a

19   document that it appears Westwood filled out

20   and sent back to the Illinois State

21   Police --

22        A.    Correct.

23        Q.    -- correct?

24              And if -- in fact, if you look at

1   the next page, it's -- it shows that -- it's

2   a fax confirmation that they sent back to --

3       A.    Okay.

4       Q.    And that's on -- if you look at the

5   date of the last page of Exhibit 29, that's

6   March 2nd, 2010?

7       A.    Uh-huh.

8       Q.    And remember from the first page,

9   the Illinois State Police sent it on

10  March 1, 2010, and Westwood responded the

11  next day.

12      A.    Correct.

13      Q.    You see that?  Okay.

14            So does that refresh your

15  recollection that, you know, in January you

16  signed this document for the Illinois State

17  Police, and then you're going through this

18  process with them; and in March, they asked

19  Westwood for some information.  Does that

20  sound about right?

21      A.    Yeah.

22      Q.    So it was a fairly lengthy process?

23      A.    It was.

24      Q.    I think you say in your -- in your

Page 109

1    affidavit, which is Exhibit 21, you say that

2    "you passed the written and physical test

3    required of part of the Illinois State

4    Police hiring process."  In paragraph 12.

5    Do you see that?

6        A.   Yes.

7        Q.   So you were -- must have been

8    pretty well prepared; right?

9        A.   I was.

10       Q.   And did you receive notice that you

11   passed the test?

12       A.   Passing the test is actually -- in

13   the physical, it was actually all one thing.

14   It was actually at the University of

15   Illinois in Chicago.  And pretty much -- it

16   was pretty much you passed the test -- or

17   you took the test; they made you wait, and

18   they put out the list.  Like, took about

19   maybe half an hour.

20            And if your name was on that list,

21   you were to proceed to go to the -- the

22   field house to start your -- your physical

23   exam.  So you had to wait and you saw pretty

24   much right away what you -- if you passed or

1    failed.

2        Q.    Did you say you took the written

3    exam first?

4        A.    Yes.

5        Q.    And then they put the list out; and

6    then you -- if you passed, you went and took

7    the physical?

8        A.    Correct.

9        Q.    Was it all in one day?

10       A.    Yes, it was.

11       Q.    And do you recall how long it was?

12   And then --

13           MR. BASKERVILLE:  Strike that.

14   BY MR. BASKERVILLE:

15       Q.    And then in your affidavit, you say

16   at paragraph 13:  "After passing the written

17   test, physical test, and participating in

18   several more interviews, the Illinois State

19   Police contacted me, informed me that I

20   could no longer participate in the hiring

21   process because my Westwood College degree

22   was not nationally accredited.

23           Do you see that?

24       A.    Yes.

Page 111

1    Q.    So after the physical and written

2    test, you participated in several more

3    interviews?

4    A.    I did.

5    Q.    Were those the same day or later?

6    A.    Later.

7    Q.    Do you recall how much later?

8    A.    I want to say about springtime.

9    Q.    So do you recall when it was that

10   you took the -- the written and the physical

11   tests?

12   A.    I want to say about February,

13   March.  Because it was a little after -- I

14   want to say I turned that in.  And then in

15   the -- the actual test was closer to like

16   the end of February I want to say.

17   Q.    Okay.  So in Exhibit 29, you signed

18   this authorization January 2nd; right?

19   A.    Correct.

20   Q.    So was that your first -- was that

21   part of the initial application?

22   A.    It was.

23   Q.    So you think that's kind of the

24   first time you contacted the Illinois State

Page 112

1   Police?

2       A.   Yes.

3       Q.   Beginning in January?

4       A.   Yes.

5       Q.   Then in February, they -- they must

6   have contacted you and say we want you to

7   take the physical test?

8       A.   Well, pretty much all they did was

9   they sent you a -- pretty much a -- a little

10  packet mail thing saying, you know, you have

11  your test date this date, where to go.  They

12  gave you like a picture of a map, like where

13  to park and everything like that.  Pretty

14  much just the instructions about the test

15  and the test date, what you needed to bring,

16  what was going to be included, like was it

17  just a written, was it physical and

18  things -- physical.  So...

19      Q.   And that was at UIC Chicago?

20      A.   Correct.

21      Q.   And you think that was sometime in

22  February?

23      A.   I believe so.

24      Q.   Late February?

Page 113

1     A.    Yeah.

2     Q.    And then after that, you had a

3 couple of interviews?

4     A.    I just had the one interview.

5     Q.    Okay.  You say in your affidavit

6 "several" interviews.

7     A.    Because I'm thinking of -- 'cause I

8 had my -- my bosses at the time and my

9 former bosses and my neighbors come over and

10 tell me about the interviews that they had.

11    Q.    Oh, they were applying for the same

12 job?

13    A.    No, no, no.  I guess the Illinois

14 State --

15    Q.    Oh, I see.  They -- they -- they

16 interviewed your -- your current bosses --

17    A.    Correct.

18    Q.    -- about you?

19    A.    Correct.

20    Q.    Okay.  How many people were

21 interviewed?

22    A.    I know my two neighbors had talked

23 to me about it, my boss from my former job

24 and my boss at the current job.  So I want

Page 114

1    to say about four people were interviewed.

2        Q.    Were interviewed by the Illinois

3    State Police?

4        A.    Correct.

5        Q.    And was that before or after your

6    interview?

7        A.    Before my interview.

8        Q.    And then you got an interview at

9    the Illinois State Police; correct?

10       A.    Yes.

11       Q.    Where did that occur?

12       A.    In my house.

13       Q.    And do you recall when that was?

14       A.    I do not.

15       Q.    You said you thought it was at

16   least a couple of weeks after the --

17       A.    It was about the springtime.

18       Q.    Okay.

19       A.    I remember that.

20       Q.    Where do you put springtime?  Like

21   March or April?

22       A.    April.

23       Q.    Okay.  And a trooper came to your

24   house?

Page 115

1    A.    No.   It was actually -- I'm not

2  sure if it was a trooper, but they were two

3  representatives from the Illinois State

4  Police Department.   I do not recall, though.

5    Q.   Do you recall their names?

6    A.   I do not.

7    Q.   Do you recall how long the

8  interview lasted?

9    A.   About 30 to 45 minutes.

10   Q.   Do you remember what you talked

11 about with them?

12   A.   Pretty much just basic questions

13 you would ask in an interview:  Like why do

14 you want to become a police officer?  How do

15 you think you could help?  Why do you want

16 to become a police officer?  Pretty much

17 the -- about me, like my schooling and stuff

18 like that.   Basic.

19   Q.   Did you feel comfortable in the

20 interview?

21   A.   Nervous.

22   Q.   You had done some practice

23 interviews at Westwood; correct?

24   A.   Yeah.

Page 116

1      Q.   Do you think those helped you?

2      A.   Yes.

3      Q.   But then sometime after this, this

4   interview at your house, you were told that

5   you could no longer participate in the

6   process?

7      A.   Yes.

8      Q.   Do you recall when that happened?

9      A.   It had to be at least a few weeks

10  after.  I had gotten a phone call from one

11  of the representatives, and they were --

12  were asking me if -- they would like to send

13  a -- pretty much just a -- a piece of paper,

14  you know, explaining why.  But I actually

15  have never received that.

16     Q.   Did you ask them to send it?

17     A.   I did -- well, they asked me.  And

18  I said, Yes, I would like that.

19     Q.   So you received a phone call

20  from -- was it one of the people who

21  interviewed you?

22     A.   It was.

23     Q.   And what did this person say?

24     A.   Because of your -- your

1   accreditation with Westwood, they are not, I

2   guess, regionally accredited; and that's

3   when I actually first started looking into

4   accreditation was with the Illinois State

5   Police officers.

6       Q.   So they said because Westwood was

7   not regionally accredited, you couldn't

8   participate?

9       A.   Correct.  I couldn't -- I couldn't,

10  you know, move forward with it.

11      Q.   And do you have a recollection of

12  when this happened?

13      A.   I do not.  It was a --

14      Q.   Your interview --

15      A.   -- couple of weeks after the

16  interview, though.

17      Q.   Your interview was in April, you

18  thought; right?

19      A.   Yes.

20      Q.   So do you think this was --

21      A.   It was May.

22      Q.   -- May?

23      A.   Mid -- mid April?

24      Q.   Okay.  And so you never got the

# WESTWOOD COLLEGE OF TECHNOLOGY

**RECEIVED NOV 2 3 2005**

## APPLICATION FOR ADMISSION

**CAMPUS (check one)**

- Denver - North (1250 N. Broadway, Denver, CO 80211)
- Denver - South (3150 S. Sheridan Blvd. Denver, CO 80227)
- Anaheim - 12821 W 1st Palms Ave., Anaheim, CA 92801)
- Long Beach - Anaheim Bandino (360) Via Oro Ave., Suite 103, Long Beach, CA 90810)
- Inland Empire - 375 West 7th Street, Upland, CA 91786)
- Los Angeles - (3440 Wilshire Blvd., Suite 765, Los Angeles, CA 90010)
- Chicago - DuPage (7135 Janes Ave., Suite 100, Woodridge, IL 60517)

- Chicago - O'Hare (4825 N. Scott St., Suite 100, Schiller Park, IL 60176)
- Chicago - River Oaks (80 River Oaks Center, Suite 318, Calumet City, IL 60409)
- Dallas - 8060 LBJ Freeway, Executive Plaza I, Suite 100, Dallas, TX 75418)
- Ft. Worth - (1331 Airport Freeway, Suite 100, Bedford, TX 76040)
- Atlanta - Mid Town (1100 Spring Street, #101A, Atlanta, GA 30309)
- Atlanta - North Lake (1720 Peachtree Drive, Atlanta, GA 30345)
- Other _____

Today's Date (Month/Day/Year): 10/25/05   Representative's Name: _Jeff Starr_

**PERSONAL INFORMATION (please print clearly)**

Birth Date (Month/Day/Year): _____

Last Name: BROWN

First Name: TODD

L ENTERED NOV 23 ____

Street Address: _____

City: _____   State: _____   Zip Code: _____

Home Phone (including area code): _____   Work Phone (including area code): _____

**CITIZENSHIP (check one)**

Registered Alien Number: _____

**OFFICE USE**

Lead Source: D V 0 2 0 6
Start Date (mm/dd/yyyy): _____
Course Code: G J B 0 1 2
☐ Day   ☐ Aft.   ☐ Night
Applicant Fee: _____   Registration Fee: _____
Officer's Code: _____

**RACIAL/ETHNIC CATEGORY (optional – check one)**

- African American
- Native/Pacific Islander
- Caucasian

**PREVIOUS EDUCATION (check all that apply)**

- High School (Grad. Year: _____)
- GED (Year: _____)
- Some College
- Associate Degree
- Bachelor's Degree
- Military Training
- Technical Training
- Other

**FINANCIAL INFORMATION (where applicable)**

**PARENT/GUARDIAN/SPOUSE INFORMATION**

**EMERGENCY CONTACT INFORMATION (not listed above)**

Home Phone (including area code): _____   Work Phone (including area code): _____   Home Phone (including area code): _____   Work Phone (including area code): _____

**PLEASE LIST TWO PEOPLE WHO MIGHT BE INTERESTED IN LEARNING ABOUT THE BENEFITS OF ATTENDING WESTWOOD COLLEGE OF TECHNOLOGY**

Full Name: _____   Full Name: _____

Street Address: _____   Street Address: _____

City: _____   State: _____   Zip Code: _____   City: _____   State: _____   Zip Code: _____

Home Phone (including area code): _____   Work Phone (including area code): _____   Home Phone (including area code): _____   Work Phone (including area code): _____

☐ I would be interested in Housing Assistance.

I certify that the information I have provided above is correct, and I authorize Westwood College of Technology to obtain an official copy of my high school transcript, if necessary if accepted to Westwood College of Technology. I agree to observe the school's student code of conduct. As part of my enrollment at Westwood College of Technology, I understand that the Admission Requirements listed below must be completed within _____ days of the date on this admission.

☐ Complete Evaluation Process (CPAT, ACT or SAT) on or before (CPAT Test by appointment only): _____

☐ Submit Finance Aid Application on or before Start date, please contact your Financial Aid Advisor: _____

☐ Submit high school diploma/GED on or before: _____

Applicant Signature: _____   Date: _____

Signature of Parent (if necessary): _____   Date: 11/16/05

Signature of Admissions Representative: _____   Date: 10/25/05

White Copy - School   Pink Copy - Financial Aid   Yellow Copy - Admissions Rep   Gold Copy - Student

**EXHIBIT As 22**
12.12.12 ___

**REQUEST FOR RELEASE OF SCHOOL RECORDS TO A THIRD PARTY**
Please provide a FINAL copy of the OFFICIAL high school transcript for the student listed below.

Student's Name: Todd Brown   Birth Date: _____

Address of High School: _____   City: _____   State: _____   Zip Code: _____

**Todd Brown**

Page 48

1    could --

2         A.    Right.

3         Q.    If you weren't approved for the

4    student signature loan, your parents could

5    do one --

6         A.    Correct.

7         Q.    -- instead?  That's what he told

8    you?

9         A.    Correct.

10        Q.    Okay.

11        A.    Because I guess at that time, I was

12   more concerned about, I guess, the cost of

13   it.  So...

14        Q.    So you were concerned about the

15   cost of the program?

16        A.    Uh-huh.

17        Q.    How you were going to pay for it?

18        A.    Uh-huh.

19        Q.    Did you understand what the costs

20   were going to be?

21        A.    Yes.

22        Q.    Okay.  Turn to the second page of

23   your affidavit, which is Exhibit 21.  You

24   say in paragraph 9 that "representatives

1    failed to explain to me that they would

2    not -- that I would not be able to apply to

3    certain police departments with the Westwood

4    College -- with a Westwood College

5    bachelor's degree because Westwood was not

6    regionally accredited."

7        A.    Correct.

8        Q.    So at that time, you did not

9    understand that Westwood was not regionally

10   accredited?

11       A.    I did not.  Because I mean pretty

12   much all they were saying was that they were

13   fully accredited.  So I had not a slightest

14   thought of asking, okay, what the

15   accreditation is -- was.  I mean, here I am,

16   like an 18-year-old kid, just graduated high

17   school, you know -- or about to graduate

18   high school and, you know, excited, the

19   thought I'm going to college.  It never

20   really crossed my mind about what

21   accreditation was or possibly could be.

22       Q.    Okay.  So you were told that they

23   were fully accredited?

24       A.    Correct.