## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

People of the State of Illinois

                     Plaintiff,

v.                                     Case No.: 1:14–cv–03786

                                     Honorable Ronald A. Guzman

Alta Colleges, Inc., et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 3, 2015:

        MINUTE entry before the Honorable Ronald A. Guzman: Defendants' motion for partial summary judgment [60], Plaintiff's motion to strike testimony of Kevin Hudspeth [64], and Plaintiff's motion to strike testimony of J. Stricchiola [66] are all stricken without prejudice, as resolution of these matters now will not meaningfully simplify the issues to be presented at trial. Defendants may raise the arguments contained in the summary judgment motion at trial. Plaintiff may renew the motions to strike as motions in limine. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.