UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 14-cv-3786 |
| vs. ) | |
| ) | Judge Ronald Guzman |
| ALTA COLLEGES, INC., *et al* ) | |
| ) | |
| Defendants. ) | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), the People of the State of Illinois, by Lisa Madigan, Attorney General of Illinois ("Plaintiff"), and Alta Colleges, Inc., Westwood College, Inc., Wesgray Corporation, Elbert, Inc., and El Nell, Inc. (collectively, "Defendants") file this agreed Stipulation of Dismissal with prejudice. Pursuant to the parties' resolution of their dispute, the action shall be dismissed with prejudice, each party to bear its own costs.

Date: October 22, 2015

Respectfully submitted,

| THE PEOPLE OF THE STATE OF ILLINOIS | ALTA COLLEGES, INC.; WESTWOOD COLLEGE, INC.; WESGRAY CORPORATION; ELBERT, INC.; and EL NELL, INC. |
|---|---|
| */s/ Joseph M. Sanders* | */s/ William P. Ziegelmueller* |
| Joseph M. Sanders | Joseph J. Duffy |
| Office of the Attorney General, State of Illinois | William P. Ziegelmueller |
| Assistant Attorney General | Mariah P. Moran |
| Consumer Fraud Bureau | Stetler, Duffy & Rotert, Ltd. |
| 100 West Randolph St., 12th Fl. | 10 South LaSalle Street, Suite 2800 |
| Chicago, IL 60601 | Chicago, Illinois 60603 |
| Phone: 312-814-3000 | Phone: 312-338-0200 |
| Fax: 312-814-2593 | Fax: 312-338-0070 |
| | jduffy@sdrlegal.com |

1

Lisa Madigan
Illinois Attorney General

Gary Caplan
Assistant Chief Deputy Attorney General

Susan Ellis
Chief, Consumer Fraud Bureau

Thomas James
Senior Assistant Attorney General

John Wolfsmith
Assistant Attorney General, Special Litigation Bureau

Cecilia Abundis
Oscar Pina
Joseph M. Sanders
Khara Coleman Washington
Assistant Attorneys General, Consumer Fraud Bureau

bziegel@sdrlegal.com
mmoran@sdrlegal.com

William M. Ojile
Armstrong Teasdale LLP
6400 South Fiddlers Green Circle, Ste. 1820
Denver, CO  80111
Phone: 303-575-4000
bojile@armstrongteasdale.com

**CERTIFICATE OF SERVICE**

  I, Joseph M. Sanders, an Assistant Attorney General, certify that on October 22, 2015, I caused a true and correct copy of the attached Agreed Stipulation of Dismissal with Prejudice to be filed and served via the CM/ECF system to all attorneys of record on the system in this matter, including:

Joseph Duffy
William P. Ziegelmueller
Mariah Moran
Stetler Duffy & Rotert, LTD
Counsel for Defendants
10 S. LaSalle Street, Suite 2800
Chicago, Illinois 60603

              */s/ Joseph M. Sanders*
              _____
              Joseph M. Sanders
              Office of the Attorney General, State of Illinois
              Assistant Attorney General
              Consumer Fraud Bureau
              100 West Randolph St., 12th Fl.
              Chicago, IL 60601
              Phone: 312-814-3000
              Fax: 312-814-2593